## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

AMBER COLVILLE, et al.

*Plaintiffs,*

No. 1:22-cv-113-TBM-RPM

v.

XAVIER BECERRA, et al.,

*Defendants.*

## CONSENT MOTION TO EXCUSE SOME
## PLAINTIFFS FROM LOCAL RULE 83.1(d)(3)

Plaintiffs in this case are two individual doctors and eight sovereign States. The doctors are represented by Mr. Norris (a non-resident attorney) and Ms. Young (a resident attorney). The States are represented by their attorneys general. This Court's local rules appear to require those States (other than Mississippi) to associate with a resident attorney before they can apply for admission pro hac vice. Specifically, Rule 83.1(d)(3) requires every "non-resident attorney" to associate with a resident attorney, and Rule 83.1(d)(10) exempts "[a]ttorneys representing the United States" from this requirement but not attorneys representing other States. L.U.Civ.R. 83.1(d)(3), (10).

Plaintiffs Alabama, Arizona, Arkansas, Kentucky, Missouri, and Montana ask this Court to excuse them from the requirement that they associate with a resident attorney before appearing pro hac vice. *See generally Somlyo v. J. Lu-Rob Enterprises, Inc.*, 932 F.2d 1043, 1048 (2d Cir. 1991) ("we agree with our sister circuits that the district court has the inherent power … to depart from the letter of the Local Rules …

regardless of whether a particular Local Rule specifically grants the judge the power to deviate"). Mr. Norris is lead counsel and will be appearing, litigating, and speaking on behalf of all Plaintiffs, individual and state. He has associated with a resident attorney, and that attorney will "sign every submission" and "appear and participate" in all required proceedings, thus satisfying the rule's stated purpose. L.U.Civ.R. 83.1(d)(3). The State of Mississippi is also here and will lend its expertise to all Plaintiffs on this Court's practices and procedures. And Plaintiff Louisiana will be represented by a member of this Court.

Requiring the other six States to retain a private Mississippi attorney would present logistical problems that are difficult (if not impossible) to overcome. The awkwardness of requiring a sovereign government to hire private counsel likely explains why this Court excuses the United States from the resident-attorney rule. L.U.Civ.R. 83.1(d)(10). Given "the structure of our Nation as a union of States, each possessing equal sovereign powers," Mississippi's sister States should receive that same courtesy. *Underwriters Nat. Assur. Co. v. N.C. Life & Acc. & Health Ins. Guar. Ass'n*, 455 U.S. 691, 704 (1982). They should at least receive it in the unique circumstances of this case—where the States are litigating as a single unit with other plaintiffs, where one of those plaintiffs is the State of Mississippi, and where a resident attorney will be present at all relevant proceedings anyway.

Defendants consent to this motion.

2

Dated: May 25, 2022

Respectfully submitted,

*s/ Jennifer Moran Young*
Jennifer Moran Young
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH – GULFPORT
2510 14th Street, Suite 910
Gulfport, MS 39501
228-214-4250
Fax: 228-214-9650
jyoung@gallowaylawfirm.com

*s/ Cameron T. Norris*
Cameron T. Norris (pro hac vice)
  *Lead Counsel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Dr. Colville and Dr. Alvarado*

*s/ Scott G. Stewart*
LYNN FITCH
  *Attorney General*
Scott G. Stewart (MS Bar No. 106359)
  *Solicitor General*
Justin L. Matheny (MS Bar No. 100754)
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
scott.stewart@ago.ms.gov
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

*s/ Edmund G. LaCour Jr.*
STEVE MARSHALL
  *Attorney General*
Edmund G. LaCour Jr.*
  *Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Tel.: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

s/ Nicholas J. Bronni
LESLIE RUTLEDGE
    *Attorney General*
Nicholas J. Bronni*
    *Solicitor General*
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for the State of Arkansas*


s/ Aaron J. Silletto
DANIEL CAMERON
    *Attorney General*
Aaron J. Silletto*
    *Assistant Attorney General*
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
502-696-5439
Aaron.Silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*


s/ D. John Sauer
ERIC S. SCHMITT
    *Attorney General*
D. John Sauer*
    *Solicitor General*
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-8870
John.Sauer@ago.mo.gov

*Counsel for the State of Missouri*


s/ Drew C. Ensign
MARK BRNOVICH
    *Attorney General*
Drew C. Ensign*
    *Deputy Solicitor General*
OFFICE OF THE ARIZONA
ATTORNEY GENERAL
2005 N. Central Avenue
Phoenix, AZ 85004
Phone:      (602) 542-5025
Fax:          (602) 542-4377

*Counsel for the State of Arizona*


s/ Scott St. John
JEFF LANDRY
    *Attorney General*
Elizabeth B. Murrill
    *Solicitor General*
Scott St. John (MS Bar No. 102876)
    *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov

*Counsel for the State of Louisiana*


s/ David M.S. Dewhirst
AUSTIN KNUDSEN
    *Attorney General*
David M.S. Dewhirst*
    *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders Street
Helena, MT 59601
David.Dewhirst@mt.gov

*Counsel for the State of Montana*
*pro hac vice forthcoming

## CERTIFICATE OF SERVICE

I e-filed this motion with the Court, which will email everyone requiring

service.

Dated: May 25, 2022                                    *s/ Cameron T. Norris*