IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| AMBER COLVILLE, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>     Defendants. | Civil Action No. 1:22-cv-00113-TBM-RPM |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants move to dismiss this action for lack of subject-matter jurisdiction. The reasons for this motion are set forth in the Memorandum in Support of Defendants' Motion to Dismiss.

| | |
|---|---|
| Dated: July 11, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| Of Counsel<br><br>SAMUEL R. BAGENSTOS<br>General Counsel | MICHELLE BENNETT<br>Assistant Director, Federal Programs Branch |
| JANICE L. HOFFMAN<br>Associate General Counsel | */s/ Carol Federighi*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov<br><br>*Counsel for Defendant* |
| SUSAN MAXSON LYONS<br>Deputy Associate General Counsel for Litigation | |
| DEBRA M. LABOSCHIN<br>Attorney | |
| *United States Department of Health & Human Services* | |