UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| **AMBER COLVILLE, ET AL.** | **PLAINTIFFS** |
| V. | CIVIL CASE NO 1:22-cv-00113-TBM-RPM |
| **XAVIER BECERRA, ET AL.** | **DEFENDANTS** |

## ORDER OF RECUSAL

**THIS MATTER COMES BEFORE THE COURT** *sua sponte*, pursuant to 28 U.S.C. § 455. The undersigned finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participating in the above-captioned case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the undersigned hereby recuses himself from further participation in this case. The Clerk of Court is hereby directed to reassign this case to another judge in accordance with this Court's practice and procedure.

**SO ORDERED AND ADJUDGED** this the 25th day of July, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE