UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

|  |  |
|---|---|
| AMBER COLVILLE, et al. *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, et al., *Defendants*. | No. 1:22-cv-113-HSO-RPM |

### OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants filed a motion to dismiss on July 11. *See* Doc. 15. Initially, Plaintiffs had 14 days to either oppose the motion, Local Rule 7(b)(4), or to amend their complaint as of right, *cf.* Fed. R. Civ. P. 15(a)(1)(B). Plaintiffs obtained an extension of those deadlines to today, August 24.

Earlier today, Plaintiffs filed an amended complaint, exercising their right to address Defendants' arguments in their pleading instead of an opposition to the motion to dismiss. Defendants' motion to dismiss the *original* complaint, which no longer exists, should be denied as moot. *See Williams v. CIBA Vision Corp.*, 2014 WL 12639101, at *2 (S.D. Miss. Sept. 15) (Ozerden, J.) (denying a motion to dismiss "as moot" in light of an amended complaint).

| | |
|---|---|
| Dated: August 24, 2022 | Respectfully submitted, |

| | |
|---|---|
| *s/ Jennifer Moran Young* | *s/ Cameron T. Norris* |
| Jennifer Moran Young | Cameron T. Norris* |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH – GULFPORT |    *Lead Counsel* <br> CONSOVOY MCCARTHY PLLC |
| 2510 14th Street, Suite 910 | 1600 Wilson Blvd., Ste. 700 |
| Gulfport, MS 39501 | Arlington, VA 22209 |
| 228-214-4250 | (703) 243-9423 |
| jyoung@gallowaylawfirm.com | cam@consovoymccarthy.com |

*Counsel for Dr. Colville*

| | |
|---|---|
| *s/ Scott G. Stewart* | *s/ Edmund G. LaCour Jr.* |
| LYNN FITCH | STEVE MARSHALL |
|    *Attorney General* |    *Attorney General* |
| Scott G. Stewart (MS Bar No. 106359) | Edmund G. LaCour Jr.* |
|    *Solicitor General* |    *Solicitor General* |
| Justin L. Matheny (MS Bar No. 100754) | OFFICE OF THE ALABAMA ATTORNEY GENERAL |
|    *Deputy Solicitor General* | 501 Washington Ave. |
| MISSISSIPPI ATTORNEY GENERAL'S OFFICE | Montgomery, AL 36130 |
| P.O. Box 220 | (334) 353-2196 |
| Jackson, MS 39205-0220 | Edmund.LaCour@AlabamaAG.gov |
| (601) 359-3680 | |
| scott.stewart@ago.ms.gov | *Counsel for the State of Alabama* |
| justin.matheny@ago.ms.gov | |
| *Counsel for the State of Mississippi* | |

| | |
|---|---|
| *s/ Nicholas J. Bronni* | *s/ Drew C. Ensign* |
| LESLIE RUTLEDGE | MARK BRNOVICH |
|    *Attorney General* |    *Attorney General* |
| Nicholas J. Bronni*** | Drew C. Ensign*** |
|    *Solicitor General* |    *Deputy Solicitor General* |
| OFFICE OF THE ARKANSAS ATTORNEY GENERAL | OFFICE OF THE ARIZONA ATTORNEY GENERAL |
| 323 Center Street, Suite 200 | 2005 N. Central Avenue |
| Little Rock, AR 72201 | Phoenix, AZ 85004 |
| (501) 682-6302 | (602) 542-5025 |
| nicholas.bronni@arkansasag.gov | |
| | *Counsel for the State of Arizona* |
| *Counsel for the State of Arkansas* | |

*s/ Aaron J. Silletto*
DANIEL CAMERON
   *Attorney General*
Aaron J. Silletto**
   *Assistant Attorney General*
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
502-696-5439
Aaron.Silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*

*s/ Scott St. John*
JEFF LANDRY
   *Attorney General*
Elizabeth B. Murrill*
   *Solicitor General*
Scott St. John (MS Bar No. 102876)
   *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov

*Counsel for the State of Louisiana*

*s/ D. John Sauer*
ERIC S. SCHMITT
   *Attorney General*
D. John Sauer*
   *Solicitor General*
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
John.Sauer@ago.mo.gov

*Counsel for the State of Missouri*

*s/ David M.S. Dewhirst*
AUSTIN KNUDSEN
   *Attorney General*
David M.S. Dewhirst*
   *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders Street
Helena, MT 59601
David.Dewhirst@mt.gov

*Counsel for the State of Montana*

*pro hac vice
**pro hac vice pending
***pro hac vice forthcoming

## CERTIFICATE OF SERVICE

    I e-filed this opposition with the Court, which will email everyone requiring service.

    Dated: August 24, 2022                                         *s/ Jennifer Moran Young*