UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| AMBER COLVILLE et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:22-CV-113-HSO-RPM |
| XAVIER BECERRA et al | DEFENDANTS |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

The Court has considered the Motion to Appear Pro Hac Vice filed on behalf of Plaintiff Commonwealth of Kentucky and attorney Aaron J. Silletto and finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Aron J. Silletto shall be admitted to serve as co-counsel for Plaintiff Commonwealth of Kentucky.  Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link:

https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 29th day of August 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE