# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| AMBER COLVILLE, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et. al.*,<br><br>　　Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM<br><br>District Judge Halil S. Ozerden<br><br>Magistrate Judge Robert P. Myers, Jr. |

## NOTICE OF DISMISSAL OF PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State Arizona provides notice to this Court that it is voluntarily dismissing its claims with prejudice. This notice applies solely to Plaintiff State of Arizona's claims and does not represent a dismissal of any of the claims brought by the remaining Plaintiffs.

Dated: April 21, 2023

Respectfully submitted,

*s/ Brett W. Johnson*
Brett W. Johnson* (AZ BAR No. 021527)
SNELL & WILMER L.L.P.
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004
bwjohnson@swlaw.com

*pro hac vice

*s/ Justin L. Matheny*
Justin L. Matheny
Mississippi Attorney General's Office
550 High Street (39201)
Jackson, MS 39205
justin.matheny@ago.ms.gov

*Counsel for the State of Arizona*