IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br>　　　　　　　　*Defendants*. | No. 1:22-cv-113-HSO-RPM |

**MOTION TO INTERVENE AS DEFENDANTS ON BEHALF OF THE GREENSBORO HEALTH DISPARITIES COLLABORATIVE AND THE NAACP STATE CONFERENCES FOR 8 STATES**

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, the Greensboro Health Disparities Collaborative and the NAACP State Conferences for Alabama, Arizona, Arkansas, Kentucky, Louisiana, Missouri, Mississippi, and Montana ("Proposed Intervenors") move to intervene as of right as party-defendant. In the alternative, the Proposed Intervenors move to permissively intervene under Rule 24(b). This motion is supported by the attached memorandum of law and accompanying exhibits. Proposed Intervenors also attached a proposed order and their proposed answer to be filed in the event that intervention is granted.

Respectfully submitted, this 11th day of May, 2023.

Jon Greenbaum*  
Kathryn Youker*  
Emily Chong*  
Lawyers' Committee for Civil Rights Under Law  
1500 K Street, NW, Suite 900  
Washington, DC 20005  
Telephone: (202) 662-8355  
kyouker@lawyerscommittee.org  

*/s/ Robert B. McDuff*  
Robert B. McDuff (MS Bar #2532)  
Mississippi Center for Justice  
210 E Capitol Street, Suite 1800  
Jackson, MS 39201  
Telephone: (601) 259-8484  
rmcduff@mscenterforjustice.org  

Jo-Ann Tamila Sagar*  
Stanley J. Brown*  
Johannah Walker*  
HOGAN LOVELLS US LLP  
555 Thirteenth Street, NW  
Washington, DC 20004  
Telephone: (202) 637-5600  
Facsimile: (202) 637-5910  
jo-ann.sagar@hoganlovells.com  

*Counsel for Intervenors*

*\* Pro Hac Vice Applications Forthcoming*

## CERTIFICATE OF SERVICE

I certify that on May 11, 2023, the foregoing document was filed on the Court's CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Robert B. McDuff*