Form 6 (ND/SD Miss. Dec. 2016)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Colville et al.                                      Plaintiff

v.                                              CIVIL ACTION NO.   1:22-cv-00113-HSO-RPM

Becerra et al.                                      Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Jo-Ann Tamila Sagar

Firm Name: Hogan Lovells US LLP

Office Address: 555 13th Street NW

City: Washington   State: DC   Zip: 20004

Telephone: (202) 637-6454   Fax: (202) 637-5910

E-Mail: jo-ann.sagar@hoganlovells.com

(B) Client(s): See attached for full list.

Address:

City:            State       Zip

Telephone:       Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

      Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

      Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)    I am admitted to practice in the:

      ☐    State of _____

      ☑    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

U.S. Court of Appeals, District of Columbia
430 E Street NW
Washington, DC 20001
https://www.dccourts.gov/court-of-appeals

      All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| United States Supreme Court | 9/9/22 |
| New York State Supreme Court | 9/24/15 |
| U.S. Court of Appeals, District of Columbia | 8/27/21 |
| U.S. District Court, Middle District of Alabama | 9/28/20 |
| U.S. District Court of Connecticut | 11/18/20 |
| U.S. Court of Appeals, 11th Circuit | 11/6/20 |
| U.S. Court of Appeals, 8th Circuit | 7/30/20 |
| U.S. Court of Appeals, 6th Circuit | 12/5/19 |
| U.S. Court of Appeals, 1st Circuit | 10/24/17 |
| U.S. District Court, Southern District of New York | 9/1/20 |

(D) Have you been denied admission pro hac vice in this state?  Yes ◯  No ◉

Have you had admission pro hac vice revoked in this state?  Yes ◯  No ◉

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?  Yes ◯  No ◉

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?  Yes ◯  No ◉

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?   Yes ○   No ●

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court         Style of Case

N/A

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Robert B. McDuff, MS Bar # 2532

Firm Name:   Mississippi Center for Justice

Office Address:  210 E Capitol St. Suite 1800

City: Jackson          State: MS    Zip: 39201

Telephone: (601) 259-8484     Fax: (601) 352-4769

Email address: rmcduff@mscenterforjustice.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

4/5/2023
Date

Jo. Ann Tamila Sagen
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __11th__ day of __May__, 20__23__.

_____
Resident Attorney

**Client List:**

1. Greensboro Health Disparities Collaborative
2. Louisiana Center for Health Equity
3. Alabama NAACP
4. Arkansas NAACP
5. Kentucky NAACP
6. Louisiana NAACP
7. Missouri NAACP
8. Mississippi NAACP
9. Colorado Montana Wyoming  NAACP



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## Jo-Ann Tamila Sagar

was duly qualified and admitted on August 27, 2021 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 30, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**