FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Colville et al.                          Plaintiff

v.                                                           CIVIL ACTION   1:22-cv-00113-HSO-RPM
                                                             NO.

Becerra et al.                           Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:            Stanley J. Brown

      Firm Name:       Hogan Lovells US LLP

      Office Address:  390 Madison Avenue

      City:            New York              State  NY          Zip  10017

      Telephone:       (212) 918 3692        Fax:  (212) 918 3100

      E-Mail:          stanley.brown@hoganlovells.com


(B)   Client(s):       See attached for full list.

      Address:

      City:                                  State            Zip

      Telephone:                             Fax:


The following information is optional:

1

Form 6 (ND/SD Miss. Dec. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:



State of <u>New York</u>

District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Appellate Division of the Supreme Court of the State of New York
27 Madison Avenue
New York, NY 10010
(212) 340-0400
https://www.nycourts.gov/courts/appellatedivisions.shtml

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|

See attached list.

|  | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  | | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

Form 6 (ND/SD Miss. Dec. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|

(F)   Have you been formally held in contempt or otherwise sanctioned by any court in a written order  in the last five years for disobeying its rules or orders?

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                    Style of Case
_____

N/A

                                                                    Yes         No

(I)    Have you read and become familiar with all the LOCAL
       UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT
       COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF        ⦿          ◯
       MISSISSIPPI?

       Have you read and become familiar with the MISSISSIPPI RULES
       OF PROFESSIONAL CONDUCT?                                  ⦿          ◯

(J)    Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Robert B. McDuff, MS Bar # 2532

Firm Name:    Mississippi Center for Justice

Office Address:   210 E Capitol St. Suite 1800

              City: Jackson              State: MS        Zip: 39201

              Telephone: (601) 259-8484    Fax:  (601) 352-4769

Email address:  rmcduff@mscenterforjustice.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

_____          _____
Date                                              Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the   11th   day of   May        , 2023.

_____
Resident Attorney

6

**Client List:**

1. Greensboro Health Disparities Collaborative
2. Louisiana Center for Health Equity
3. Alabama NAACP
4. Arkansas NAACP
5. Kentucky NAACP
6. Louisiana NAACP
7. Missouri NAACP
8. Mississippi NAACP
9. Colorado Montana Wyoming  NAACP

| | |
|---|---|
| U.S. Court of Appeals for the District of Columbia | 11/4/1969 |
| U.S. Court of Appeals for the D.C. Circuit | 12/11/1969 |
| U.S. District Court for the District of Columbia | 1/26/1970 |
| U.S. Court of Appeals for the Ninth Circuit | 12/10/1970 |
| U.S. Court of Appeals for the Fourth Circuit | 9/3/1971 |
| U.S. Court of Appeals for the Second Circuit | 4/12/1972 |
| U.S. Court of Appeals for the First Circuit | 2/6/1973 |
| United States Supreme Court | 3/22/1976 |
| Maryland Bar | 5/4/1982 |
| U.S. District Court for Maryland | 5/20/1983 |
| Virginia Bar | 10/28/1996 |
| U.S. District Court for the Eastern District of Virginia | 10/17/1997 |
| U.S. Court of Appeals for the Sixth Circuit | 10/2/2000 |
| New York Bar | 8/23/2006 |



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Stanley Joseph Brown

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 23, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 31, 2023.

*Clerk of the Court*

CertID-00111944