# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## CONSENT MOTION FOR EXTENSION OF TIME FOR PARTIES TO FILE RESPONSES TO THE MOTION TO INTERVENE

Defendants respectfully request that all parties' deadline for responding to the Motion to Intervene as Defendants on Behalf of the Greensboro Health Disparities Collaborative and the NAACP State Conferences for 8 States (ECF No. 61) ("Motion to Intervene") be extended from May 25, 2023, to June 8, 2023. Defendants further request that the proposed intervenors' deadline for filing their replies be extended until June 22, 2023. The reasons for this motion are set forth further below.

1. The Motion to Intervene was filed on May 11, 2023. Pursuant to Local Rule 7(b)(4), the parties' responses to this motion are due on or before May 25, 2023.

2. Because of the complexity of the issues involved, the parties need additional time to determine if they will respond to the Motion to Intervene and to prepare any such responses. In addition, undersigned counsel for Defendants is currently handling an unexpected personal family matter, and counsel for Plaintiffs wishes to have the same deadline for responding that Defendants have.

3. Undersigned counsel conferred via email with counsel for Plaintiffs, Cameron Norris, who consented to this extension on May 22, 2023. Undersigned counsel also conferred via email with counsel for the proposed intervenors, Jo-Ann Sagar, who consented as well on the same date.

For all these reasons, Defendants respectfully ask the Court to extend the parties' deadline for responding to the Motion to Intervene from May 25, 2023, until June 8, 2023, and to extend the proposed intervenors' deadline for filing their replies until June 22, 2023.

Dated: May 23, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*