**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA, *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA, *Defendants*. | No. 1:22-cv-113-HSO-RPM |

## PROPOSED INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO PARTICIPATE IN THE TELEPHONIC STATUS CONFERENCE ON MAY 24, 2023

The Greensboro Health Disparities Collaborative and the NAACP State Conferences for Alabama, Arizona, Arkansas, Kentucky, Louisiana, Missouri, Mississippi, and Montana ("Proposed Intervenors") respectfully request leave to participate in the telephonic status conference scheduled for Wednesday, May 24, 2023.  In support of this motion, Proposed Intervenors state as follow:

1.      On May 11, 2023, Defendants filed their answer to Plaintiffs' amended complaint. ECF No. 59.  The same day, Proposed Intervenors sought to intervene as of right under Federal

Rule of Civil Procedure 24(a).  ECF Nos. 61, 62.  Proposed Intervenors sought in the alternative to permissively intervene under Federal Rule of Civil Procedure 24(b).  *Id.*

2.      The parties' response to Proposed Intervenors' motion to intervene is currently due Thursday, May 25, 2023.  S.D. Miss. L.R. 7(b)(4).  If the parties file responsive briefing on May 25, Proposed Intervenors' reply brief will be due seven days later, on June 1, 2023.  *Id.*

3.      On May 18, 2023, the parties filed a Joint Scheduling Report.  ECF No. 69.  Both parties indicated that they intend to request a short extension to respond to Proposed Intervenors' motion to intervene.  *Id.* at 1, 3.  Plaintiffs also indicated that they intend to file an early motion for summary judgment by June 2, 2023.  *Id.* at 2.

4.      On May 19, this Court scheduled a telephonic status conference for May 24, 2023 at 9:00 a.m. before Magistrate Judge Robert P. Myers, Jr.  Per the Court's Order, Plaintiffs are to call Judge Myers' chambers "with all necessary counsel on the line."

5.      Counsel for Proposed Intervenors request to be designated as "necessary counsel" for the May 24 status conference.  Absent Proposed Intervenors' participation, the parties may agree to a schedule that jeopardizes Proposed Intervenors' intervention and right to participate in this matter.  Plaintiffs' proposed schedule illustrates this risk, seeking to expedite briefing on summary judgment while delaying briefing on intervention.  If the Court accepts Plaintiffs' proposed schedule, the parties' request to extend their time to respond to intervention will interfere with this Court's ability to resolve the pending intervention motion in time for Proposed Intervenors to participate in the summary judgment briefing.  Thus, an order allowing Proposed Intervenors' participation in the status conference would serve the interests of justice.

6.      Proposed Intervenors have conferred with counsel for Plaintiffs and Defendants, who indicate that they do not oppose Proposed Intervenors' participating in the May 24 status

conference, but are not waiving their right to oppose intervention or suggesting that intervention is appropriate.

Respectfully submitted, this 23rd day of May, 2023.

Jon Greenbaum*
Kathryn Youker*
Emily Chong*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8355
kyouker@lawyerscommittee.org

*/s/ Robert B. McDuff*
Robert B. McDuff (MS Bar #2532)
Mississippi Center for Justice
210 E Capitol Street, Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
rmcduff@mscenterforjustice.org

Jo-Ann Tamila Sagar*
Stanley J. Brown*
Johannah Walker*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jo-ann.sagar@hoganlovells.com

*Counsel for Intervenors*

* *Pro Hac Vice Applications Forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2023, the foregoing document was filed on the Court's CM/ECF system which sent notification of such filing to all counsel of record.

*/S/ Robert B. McDuff*