# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**AMBER COLVILLE, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 1:22cv113-TBM-RPM**

**XAVIER BECERRA,** in his official
capacity as Secretary of Health and
Human Services, **ET AL.**                                                                 **DEFENDANTS**
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

PLEASE TAKE NOTICE that Cameron T. Norris hereby enters his appearance in this matter as counsel on behalf of plaintiff, the State of Mississippi. Mr. Norris is admitted to appear in this matter *pro hac vice* by previous order of the Court [Dkt. 5]. Justin L. Matheny with the Mississippi Attorney General's Office will serve as resident attorney associated with Mr. Norris and continue to serve as resident attorney for the plaintiff States.

THIS the 24th day of May, 2023.

                                                Respectfully submitted,

                                                */s/ Cameron T. Norris*
                                                Cameron T. Norris (PHV)
                                                CONSOVOY MCCARTHY PLLC
                                                1600 Wilson Blvd., Ste. 700
                                                Arlington, VA 22209
                                                (703) 243-9423
                                                cam@consovoymccarthy.com