UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI et al                                 PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 1:22-CV-113-HSO-RPM

XAVIER BECERRA et al                                 DEFENDANTS

## SCHEDULING ORDER

This matter came before the undersigned for a scheduling conference:

(1) Plaintiffs advised the Court that they will be filing an early dispositive motion; such motion shall be filed by June 9, 2023.

(2) Defendants shall produce a copy of the administrative record by June 26, 2023.

(3) Other than the above and in light of the procedural posture of the case, the Court declines to enter any further case management deadlines at this time.

SO ORDERED AND ADJUDGED, this the 25th day of May 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE