# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

STATE OF MISSISSIPPI, et al.

*Plaintiffs*,

v.

No. 1:22-cv-113-HSO-RPM

XAVIER BECERRA, et al.,

*Defendants*.

## CONSENT MOTION TO APPEAR

Attorney Cameron T. Norris was previously allowed to appear pro hac vice for two plaintiffs, Amber Colville and Ralph Alvarado. *See* Doc. 5. He now moves to appear for another plaintiff, the State of Mississippi. Justin L. Matheny with the Mississippi Attorney General's Office will serve as resident attorney for Mr. Norris. Plaintiffs respectfully ask this Court to grant this motion and allow Mr. Norris to notice an appearance for Mississippi. Defendants consent.

| | |
|---|---|
| Dated: May 25, 2022 | Respectfully submitted, |
| *s/ Justin L. Matheny* | *s/ Cameron T. Norris* |
| Justin L. Matheny (MS Bar No. 100754) | Cameron T. Norris (pro hac vice) |
|   *Deputy Solicitor General* | CONSOVOY MCCARTHY PLLC |
| MISSISSIPPI ATTORNEY GENERAL'S OFFICE | 1600 Wilson Blvd., Ste. 700 |
| P.O. Box 220 | Arlington, VA 22209 |
| Jackson, MS 39205-0220 | (703) 243-9423 |
| (601) 359-3680 | cam@consovoymccarthy.com |
| justin.matheny@ago.ms.gov | |

## CERTIFICATE OF SERVICE

I e-filed this motion with the Court, which will email everyone requiring service.

Dated: May 25, 2022                                                    *s/ Cameron T. Norris*