IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM<br><br>**Plaintiffs' Motion for Summary Judgment**<br><br>**Oral Hearing Requested** |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs—the States of Mississippi, Alabama, Arkansas, Louisiana, Missouri, and Montana and the Commonwealth of Kentucky—move for summary judgment on the sole claim of the amended complaint that the Anti-Racism Rule is unlawful and ultra vires. *See* Doc. 28. ¶¶57-65. Plaintiffs' motion is premised on the points and authorities set forth in their accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary

1

Judgment, filed simultaneously with this motion. Accordingly, Plaintiffs request an order granting Plaintiffs' motion for summary judgment and entry of judgment granting Plaintiffs all relief requested in the amended complaint. *See* Doc. 28 at 18.

| | |
|---|---|
| Dated: June 9, 2023 | Respectfully submitted, |

| | |
|---|---|
| *s/ Scott G. Stewart* | *s/ Cameron T. Norris* |
| LYNN FITCH | Cameron T. Norris* |
|   *Attorney General* | CONSOVOY MCCARTHY PLLC |
| Scott G. Stewart (MS Bar No. 106359) | 1600 Wilson Blvd., Ste. 700 |
|   *Solicitor General* | Arlington, VA 22209 |
| Justin L. Matheny (MS Bar No. 100754) | (703) 243-9423 |
|   *Deputy Solicitor General* | cam@consovoymccarthy.com |
| MISSISSIPPI ATTORNEY | |
| GENERAL'S OFFICE | |
| P.O. Box 220 | |
| Jackson, MS 39205-0220 | |
| (601) 359-3680 | |
| scott.stewart@ago.ms.gov | |
| justin.matheny@ago.ms.gov | |

| | |
|---|---|
| *s/ Edmund G. LaCour Jr.* | *s/ Nicholas J. Bronni* |
| STEVE MARSHALL | LESLIE RUTLEDGE |
|   *Attorney General* |   *Attorney General* |
| Edmund G. LaCour Jr.* | Nicholas J. Bronni* |
|   *Solicitor General* |   *Solicitor General* |
| OFFICE OF THE ALABAMA | OFFICE OF THE ARKANSAS |
| ATTORNEY GENERAL | ATTORNEY GENERAL |
| 501 Washington Ave. | 323 Center Street, Suite 200 |
| Montgomery, AL 36130 | Little Rock, AR 72201 |
| (334) 353-2196 | (501) 682-6302 |
| Edmund.LaCour@AlabamaAG.gov | nicholas.bronni@arkansasag.gov |

<table>
<tr><td>

*s/ Aaron J. Silletto*
DANIEL CAMERON
   *Attorney General*
Aaron J. Silletto*
   *Assistant Attorney General*
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
(502) 696-5439
Aaron.Silletto@ky.gov

</td><td>

*s/ Scott St. John*
JEFF LANDRY
   *Attorney General*
Elizabeth B. Murrill*
   *Solicitor General*
Scott St. John (MS Bar No. 102876)
   *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov

</td></tr>
<tr><td>

*s/ Joshua M. Divine*
ANDREW BAILEY
   *Attorney General*
Joshua M. Divine***
   *Solicitor General*
Samuel C. Freedlund
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
815 Olive Street
Suite 200
St. Louis, MO 63101
(314) 340-4869
Josh.Divine@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

</td><td>

*s/ Christian Corrigan*
AUSTIN KNUDSEN
   *Attorney General*
Christian Corrigan***
   *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders Street
Helena, MT 59601
christian.corrigan@mt.gov

</td></tr>
</table>

*pro hac vice
**pro hac vice pending
***pro hac vice forthcoming

## CERTIFICATE OF SERVICE

     I e-filed this opposition with the Court, which will email everyone requiring service.

     Dated: June 9, 2023                                       *s/ Cameron T. Norris*