# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>　　Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

　　Defendants respectfully request that their deadline for responding to Plaintiffs' Motion for Summary Judgment (ECF No. 78) be extended from June 23, 2023, to July 26, 2023. The reasons for this motion are set forth further below.

　　1.　Plaintiffs' Motion for Summary Judgment was filed on June 9, 2023. Pursuant to Local Rule 7(b)(4), Defendants' response to this motion is due on or before June 23, 2023.

　　2.　Undersigned counsel for Defendants is currently handling an unexpected personal family matter. Because of this, as well as the complexity of the issues involved, Defendants need additional time to prepare their response to the Motion for Summary Judgment, including any cross-motion for summary judgment as well as any affidavit or declaration pursuant to Federal Rule of Civil Procedure 56(d).

　　3.　Undersigned counsel conferred on June 20, 2023, via telephone and email with counsel for Plaintiffs, C'Zar Bernstein, who consented to this extension.

　　For all these reasons, Defendants respectfully ask the Court to extend their deadline for responding to Plaintiffs' Motion for Summary Judgment from June 23, 2023, to July 26, 2023.

Dated:  June 21, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*