# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE ADMINISTRATIVE RECORD

Defendants respectfully request that their deadline for filing the Administrative Record be extended from June 26, 2023, to July 7, 2023. The reasons for this motion are set forth further below.

1. Defendants' response to Plaintiffs' Motion for Summary Judgment is due on or before July 26, 2023.

2. Undersigned counsel became involved in this matter last week to support co-counsel, who is currently handling an unexpected personal family matter. Because of this, Defendants need additional time to file the Administrative Record.

3. Undersigned counsel conferred on June 23, 2023, via email with counsel for Plaintiffs, C'Zar Bernstein, who consented to this extension.

For all these reasons, Defendants respectfully ask the Court to extend their deadline for filing the Administrative Record from June 26, 2023, to July 7, 2023.

Dated: June 26, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7667
Email: brian.c.rosen-shaud@usdoj.gov

*Counsel for Defendant*