UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI et al                                        PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:22-CV-113-HSO-RPM

XAVIER BECERRA et al                                      DEFENDANTS

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered the Motion to Appear Pro Hac Vice filed on behalf of attorney Joshua M. Divine by the State of Missouri. The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Joshua M. Divine shall be admitted to serve as co-counsel for the State of Missouri. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 29th day of June 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE