IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## CERTIFICATION OF THE ADMINISTRATIVE RULEMAKING RECORD

    I, Sheli Harris, Deputy Director, Regulations Development Group, Office of Strategic Operations and Regulatory Affairs, Centers for Medicare & Medicaid Services (CMS), United States Department of Health and Human Services, certify that, to the best of my knowledge, the materials listed in the accompanying index comprise the administrative rulemaking record for the captioned case, which concerns a challenge to the IA_AHE_8 – Create and Implement an Anti-Racism Plan activity included in the Medicare Merit-Based Incentive Payment System (MIPS) improvement activity inventory (86 Fed. Reg. 64,996, 65,969-70 (Nov. 19, 2021)).

    Executed this 6th day of July, 2023, in Baltimore, Maryland.

                                                      _____<br>
                                                      Sheli Harris<br>
                                                      Deputy Director<br>
                                                      Regulations Development Group<br>
                                                      Office of Strategic Operations and Regulatory Affairs<br>
                                                      Centers for Medicare & Medicaid Services<br>
                                                      United States Department of Health and Human Services