IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

### ADMINISTRATIVE RULEMAKING RECORD INDEX

| **Pages** | **Document Name** |
|---|---|
| 1-30 | Medicare Program; CY 2022 Payment Policies Under the Physician Fee Schedule and Other Changes to Part B Payment Policies; Medicare Shared Savings Program Requirements; Provider Enrollment Regulation Updates; and Provider and Supplier Prepayment and Post-Payment Medical Review Requirements, 86 Fed. Reg. 64996, 65382-65384, 65969-65995 (Nov. 19. 2021) (excerpts finalizing MIPS improvement activity IA_AHE_8 – Create and Implement an Anti-Racism Plan) |

**COMMENTS RECEIVED ON PROPOSED IMPROVEMENT ACTIVITY**

| | |
|---|---|
| 31-61 | American College of Radiology |
| 62-97 | American Hospital Association |
| 98-153 | Association of American Medical Colleges |
| 154-175 | American Academy of Neurology |
| 176-198 | American Society for Radiation Oncology (ASTRO) |

| | |
|---|---|
| 199-214 | American Academy of Dermatology Association |
| 215-216 | Intersocietal Accreditation Commission |
| 217-240 | Marsden Advisors |
| 241-264 | Medicare Program; CY 2022 Payment Policies Under the Physician Fee Schedule and Other Changes to Part B Payment Policies; Medicare Shared Savings Program Requirements; Provider Enrollment Regulation Updates; and Provider and Supplier Prepayment and Post-Payment Medical Review Requirements, 86 Fed. Reg. 39104, 39344- 39345, 39855-39875 (July 23, 2021) (excerpts proposing MIPS improvement activity IA_AHE_XX – Create and Implement an Anti-Racism Plan) |

**DOCUMENTS CONSIDERED IN PROPOSING AND FINALIZING THE IMPROVEMENT ACTIVITY**

| | |
|---|---|
| 265-301 | Ochieng, N., Cubanski, J., Neuman, T., Artiga, S., Damico, A. *Racial and Ethnic Health Inequities and Medicare*. KFF. February 2021 |
| 302-308 | Joynt, K.E., Orav, E.J., Jha, A.K. *Thirty-Day Readmission Rates for Medicare Beneficiaries by Race and Site of Care*. JAMA. 2011; 305(7): 675-81 |
| 309-330 | U.S. Department of Health and Human Services, Office of the Secretary, HHS Office of Minority Health. *Progress Report to Congress: 2020 Update on the Action Plan to Reduce Racial and Ethnic Health Disparities*, FY 2020 |
| 331-336 | Centers for Disease Control and Prevention, *Morbidity and Mortality Weekly Report* / Vol. 70 / No. 5 February 5, 2021: Sexual Orientation Disparities in Risk Factors for Adverse COVID-19–Related Outcomes, by Race/Ethnicity — Behavioral Risk Factor Surveillance System, United States, 2017-2019 |
| 337-365 | Centers for Medicare & Medicaid Services, Office of Minority Health. *Guide to Reducing Disparities in Readmissions*, Revised August 2018 |
| 366-384 | Singh, J.A., Lu, X., Rosenthal, G.E., Ibrahim, S., Cram, P. *Racial Disparities in Knee and Hip Total Joint Arthroplasty: An 18-Year Analysis of National Medicare Data*. Ann Rheum Dis. 2014 Dec; 73(12): 2107-15 |

| | |
|---|---|
| 385-404 | Rivera-Hernandez, M., Rahman, M., Mor,V., Trivedi, A.N. *Racial Disparities in Readmission Rates among Patients Discharged to Skilled Nursing Facilities*. J Am Geriatr Soc. 2019 Aug; 67(8): 1672-79 |
| 405-417 | Tsai, T.C., Orav, E.J., Joynt, K.E. *Disparities in Surgical 30-day Readmission Rates for Medicare Beneficiaries by Race and Site of Care*. Ann Surg. Jun 2014; 259(6): 1086-90 |
| 418-436 | Centers for Medicare & Medicaid Services, Office of Minority Health. *The CMS Equity Plan for Improving Quality in Medicare* (Sept. 2015) |
| 437-473 | Centers for Medicare & Medicaid Services. *CMS Quality Strategy, 2016* |
| 474-497 | Centers for Medicare & Medicaid Services, Office of Minority Health. *Mapping Medicare Disparities Tool, 2021* |
| 498-741 | Martino, S.C., Elliott, M.N., Dembosky, J.W., Hambarsoomian, K., Burkhart, Q., Klein, D.J., Gildner, J., Haviland, A.M. *Rural-Urban Disparities in Health Care in Medicare*. Baltimore, MD: CMS Office of Minority Health. 2019 |
| 742-866 | National Academies of Sciences, Engineering, and Medicine. 2016. *Accounting for Social Risk Factors in Medicare Payment: Criteria, Factors, and Methods*. Washington, DC: The National Academies Press |
| 867-1268 | U.S. Department of Health & Human Services, Office of the Assistant Secretary for Planning and Evaluation. *Report to Congress: Social Risk Factors and Performance in Medicare's Value-Based Purchasing Program – The Second of Two Reports Required by the Improving Medicare Post-Acute Care Transformation (IMPACT) Act of 2014*, March 2020 |
| 1269-2246 | Centers for Medicare & Medicaid Services, Office of Minority Health. *Research and Data, Stratified Reporting*. |
| 1269-1276 | Landing page: (https://www.cms.gov/about-cms/agency-information/omh/research-and-data/stratified-reporting) |
| 1277-1429 | Martino, S.C., Elliott, M.N., Dembosky, J.W., Hambarsoomian, K., Klein, D.J., Gildner, J., and Haviland, A.M. *Disparities in Health Care in Medicare Advantage* |

3

| | |
|---|---|
| | *Associated with Dual Eligibility or Eligibility for a Low-Income Subsidy*. Baltimore, MD: CMS Office of Minority Health. 2021 |
| 1430-1608 | Martino, S.C., Elliott, M.N., Dembosky, J.W., Hambarsoomian, K., Klein, D.J., Gildner, J., and Haviland, A.M. *Racial, Ethnic, & Gender Disparities in Health Care in Medicare Advantage*. Baltimore, MD: CMS Office of Minority Health. 2021 |
| 1609-1813 | Martino, S.C., Elliott, M.N., Dembosky, J.W., Hambarsoomian, K., Burkhart, Q., Klein, D.J., Gildner, J., Haviland, A.M. *Racial, Ethnic, & Gender Disparities in Health Care in Medicare Advantage*. Baltimore, MD: CMS Office of Minority Health. 2020 |
| 1814-1815 | 2020 Frequently Asked Questions: Reporting of National Medicare Advantage Quality Scores by Race, Ethnicity, and Gender |
| 1816-1965 | Martino, S.C., Elliott, M.N., Dembosky, J.W., Hambarsoomian, K., Burkhart, Q., Klein, D.J., Mallett, J.S., Haviland, A.M. *Racial, Ethnic, & Gender Disparities in Health Care in Medicare Advantage*. Baltimore, MD: CMS Office of Minority Health. 2019 |
| 1966-1967 | 2019 Frequently Asked Questions: Reporting of National Medicare Advantage Quality Scores by Race, Ethnicity, and Gender |
| 1968-2103 | CMS Office of Minority Health and RAND Corporation. *Racial, Ethnic, and Gender Disparities in Health Care in Medicare Advantage*. Baltimore, MD. 2018 |
| 2104-2105 | 2018 Appendix A: Data Source and Methods for National Level Results by Race, Ethnicity and Gender |
| 2106-2108 | 2018 Frequently Asked Questions: Reporting of National Medicare Advantage Quality Scores by Race, Ethnicity, and Gender |
| 2109-2147 | CMS Office of Minority Health and RAND Corporation. *Racial and Ethnic Disparities by Gender in Health Care in Medicare Advantage*. Baltimore, MD. 2017 |

| | |
|---|---|
| 2148-2150 | 2017 Appendix A: Data Source and Methods for National Level Results by Race, Ethnicity, and Gender |
| 2151-2153 | 2017 Frequently Asked Questions: Reporting of National Medicare Advantage Quality Scores by Race, Ethnicity, and Gender |
| 2154-2191 | CMS Office of Minority Health and RAND Corporation. *Racial and Ethnic Disparities in Health Care in Medicare Advantage*. Baltimore, MD. 2016 |
| 2192-2194 | 2016 Appendix A: Data Source and Methods |
| 2195-2198 | 2016 Frequently Asked Questions: Reporting of National Medicare Advantage Quality Scores by Race and Ethnicity |
| 2199-2237 | CMS Office of Minority Health and RAND Corporation. *Racial and Ethnic Disparities in Health Care in Medicare Advantage*. Baltimore, MD. 2015 |
| 2238-2241 | 2015 Frequently Asked Questions: Reporting of National Medicare Advantage Quality Scores by Race and Ethnicity |
| 2242-2246 | Building an Organizational Response to Health Disparities – Targeted Intervention: Colorectal Cancer Screening (2015) |
| 2247-2253 | Centers for Medicare & Medicaid Services. *Disparities Impact Statement* (revised Mar. 2021) |
| 2254-2255 | Centers for Disease Control and Prevention. *Racism and Health: Racism is a Serious Threat to the Public's Health* (2021) |
| 2256-2262 | National Institutes of Health, *Ending Structural Racism* |
| 2263-2264 | U.S. Department of Health and Human Services, Office of Minority Health. *National Standards for Culturally and Linguistically Appropriate Services (CLAS) in Health and HealthCare* |
| 2265-2270 | *Executive Order on Advancing Racial Equity and Support for Underserved Communities Through the Federal Government* (Executive Order 13,985, 86 Fed. Reg. 7009 (Jan. 20, 2021)) |
| 2271-2281 | Addressing Health Equity through Improvement Activities (Mar. 12, 2021) |

| | |
|---|---|
| 2282-2285 | Jones, C.P. *Toward the Science and Practice of Anti-Racism: Launching a National Campaign Against Racism.* Ethnicity & Disease 2018; 28(Suppl I), 231-34. |
| 2286-2294 | Vyas, D.A., Eisenstein, L.G., Jones, D.S. *Hidden in Plain Sight — Reconsidering the Use of Race Correction in Clinical Algorithms*. N Engl J Med Aug. 27, 2020; 383;9, 874-82. |
| 2295-2299 | Olayiwola, J.N., Joseph, J.J, Glover, A.R., Paz, H.L., Gray, II, D.M. *Making Anti-Racism a Core Value in Academic Medicine.* Health Affairs Forefront August 25, 2020. |