UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI et al                                                                 PLAINTIFFS

VERSUS                                                  CIVIL ACTION NO. 1:22-CV-113-HSO-RPM

XAVIER BECERRA et al                                                                      DEFENDANTS

**ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE**

The Court has considered the Motions to Appear Pro Hac Vice filed by the Greensboro Health Disparities Collaborative, NAACP State Conference for Alabama, NAACP State Conference for Arizona, NAACP State Conference for Arkansas, NAACP State Conference for Kentucky, NAACP State Conference for Louisiana, NAACP State Conference for Missouri, NAACP State Conference for Mississippi, and NAACP State Conference for Montana (NAACP entities) on behalf of attorneys Jo-Ann Sagar, Stanley J. Brown, Johannah Walker, Jon Greenbaum, Emily Chong, and Kathryn J. Youker. The NAACP entities have been granted leave to appear as amici curiae. Doc. [87]. The Court finds the motions to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motions to Appear Pro Hac Vice are hereby granted, and that attorneys Jo-Ann Sagar, Stanley J. Brown, Johannah Walker, Jon Greenbaum, Emily Chong, and Kathryn J. Youker shall be admitted to serve as amici curiae counsel for Greensboro Health Disparities Collaborative, NAACP State Conference for Alabama, NAACP State Conference for Arizona, NAACP State Conference for Arkansas, NAACP State Conference for Kentucky, NAACP State Conference for Louisiana, NAACP State Conference for Missouri, NAACP State Conference for Mississippi, and NAACP State Conference for

Montana.  Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 17th day of July 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE