# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>  Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

**CONSENT MOTION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully request that their deadline for responding to Plaintiffs' Motion for Summary Judgment (ECF No. 78) be further extended from July 26, 2023, to July 28, 2023. The reasons for this motion are set forth further below.

1. Plaintiffs' Motion for Summary Judgment was filed on June 9, 2023. Pursuant to Defendants' prior consent motion (ECF No. 80) and the Court's order of June 22, 2023, Defendants' response to this motion is currently due on or before July 26, 2023.

2. Because of the heavy workload being experienced by counsel for Defendants, Defendants need a short extension to finalize their response to the Motion for Summary Judgment, including any cross-motion for summary judgment.

3. Undersigned counsel conferred on July 25, 2023, via email with counsel for Plaintiffs, Cameron Norris, who consented to this extension.

For all these reasons, Defendants respectfully ask the Court to extend their deadline for responding to Plaintiffs' Motion for Summary Judgment from July 26, 2023, to July 28, 2023.

Dated: July 25, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*