# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM |

### CONSENT MOTION FOR EXTENSION OF TIME TO
### FILE A REBUTTAL AND RESPONSE REGARDING PLAINTIFFS' AND
### DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

On July 28, 2023, Defendants filed their response in opposition to Plaintiffs' motion for summary judgment. Dkt. 92. Defendants also filed a cross-motion for summary judgment the same day. Dkt. 90, 91. Plaintiffs have "seven days" to "file a rebuttal" to Defendants' opposition, which is therefore currently due on August 4. Local Rule 7(b)(4). Plaintiffs have "fourteen days" to "file a response" to Defendants'

1

cross-motion for summary judgment, which is therefore currently due on August 11. *Id.* For good cause, Plaintiffs respectfully ask that the deadline for both the rebuttal and the response to be extended to September 5, 2023.

Consistent with this Court's scheduling order, Dkt. 73, Plaintiffs timely filed a motion for summary judgment on June 9, 2023. Dkt. 78, 79. On June 21, Defendants moved for an extension of time to file their response, from June 23 to July 26, and this Court granted that motion. Dkt. 80. Last week, Defendants moved for another extension of time to file their response, from July 26 to July 28, and this Court granted that motion. Dkt. 89. Defendants then filed their response and cross-motion on July 28. Dkt. 90, 91, 92.

Plaintiffs have good cause for an extension of time to file a rebuttal to the response and a response to the cross-motion because their private counsel have several preexisting, competing obligations throughout August that require preparation, including:

- teaching responsibilities on August 2;
- briefing deadline on August 4;
- preliminary-injunction briefing deadline on August 11;
- briefing deadline on August 18; and
- briefing deadline on August 21.

Plaintiffs conferred with Defendants, who consent to this extension.

For all these reasons, Plaintiffs respectfully ask the Court to move Plaintiffs' deadline to file both the rebuttal and response to September 5, 2023.

Dated: July 31, 2023                                           Respectfully submitted,

*s/ Scott G. Stewart*                                          *s/ Cameron T. Norris*
LYNN FITCH                                                     Cameron T. Norris*
   *Attorney General*                           CONSOVOY MCCARTHY PLLC
Scott G. Stewart (MS Bar No. 106359)                           1600 Wilson Blvd., Ste. 700
   *Solicitor General*                          Arlington, VA 22209
Justin L. Matheny (MS Bar No. 100754)                          (703) 243-9423
   *Deputy Solicitor General*                   cam@consovoymccarthy.com
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
scott.stewart@ago.ms.gov
justin.matheny@ago.ms.gov


*s/ Edmund G. LaCour Jr.*                                      *s/ Nicholas J. Bronni*
STEVE MARSHALL                                                 LESLIE RUTLEDGE
   *Attorney General*                              *Attorney General*
Edmund G. LaCour Jr.*                                          Nicholas J. Bronni*
   *Solicitor General*                             *Solicitor General*
OFFICE OF THE ALABAMA                                          OFFICE OF THE ARKANSAS
ATTORNEY GENERAL                                               ATTORNEY GENERAL
501 Washington Ave.                                            323 Center Street, Suite 200
Montgomery, AL 36130                                           Little Rock, AR 72201
(334) 353-2196                                                 (501) 682-6302
Edmund.LaCour@AlabamaAG.gov                                    nicholas.bronni@arkansasag.gov

| | |
|---|---|
| *s/ Aaron J. Silletto* | *s/ Scott St. John* |
| DANIEL CAMERON | JEFF LANDRY |
|   *Attorney General* |   *Attorney General* |
| Aaron J. Silletto* | Elizabeth B. Murrill* |
|   *Assistant Attorney General* |   *Solicitor General* |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | Scott St. John (MS Bar No. 102876) |
| |   *Deputy Solicitor General* |
| 700 Capital Avenue, Suite 118 | LOUISIANA DEPARTMENT OF JUSTICE |
| Frankfort, Kentucky | 1885 N. Third Street |
| (502) 696-5439 | Baton Rouge, Louisiana 70804 |
| Aaron.Silletto@ky.gov | (225) 326-6766 |
| | murrille@ag.louisiana.gov |
| | |
| *s/ Joshua M. Divine* | *s/ Christian Corrigan* |
| ANDREW BAILEY | AUSTIN KNUDSEN |
|   *Attorney General* |   *Attorney General* |
| Joshua M. Divine* | Christian Corrigan*** |
|   *Solicitor General* |   *Solicitor General* |
| Samuel C. Freedlund* | MONTANA DEPARTMENT OF JUSTICE |
| OFFICE OF THE MISSOURI ATTORNEY GENERAL | 215 North Sanders Street |
| | Helena, MT 59601 |
| 815 Olive Street | christian.corrigan@mt.gov |
| Suite 200 | |
| St. Louis, MO 63101 | |
| (314) 340-4869 | |
| Josh.Divine@ago.mo.gov | |
| Samuel.Freedlund@ago.mo.gov | |

*pro hac vice
**pro hac vice pending
***pro hac vice forthcoming

## CERTIFICATE OF SERVICE

    I e-filed this opposition with the Court, which will email everyone requiring service.

    Dated: July 31, 2023                                                      *s/ Cameron T. Norris*