**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

---

STATE OF MISSISSIPPI, *et al.*

       *Plaintiffs*,

             No. 1:22-cv-113-HSO-RPM

v.

XAVIER BECERRA, in his official
capacity as Secretary of Health and
Human Services, *et al.*

       *Defendants*.

---

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

   Emily Chong hereby moves to withdraw as counsel for The Greensboro Health Disparities Collaborative and the NAACP State Conferences for Alabama, Arizona, Arkansas, Kentucky, Louisiana, Missouri, Mississippi, and Montana ("Amici"). Good causes exists as the undersigned is no longer employed with the Lawyers' Committee for Civil Rights Under Law. Amici have been notified of the content of this motion, continue to have representation, and will not be prejudiced by this withdrawal.

         Respectfully submitted, this 4th day of August, 2023,

         */s/ Emily Chong*
         Emily Chong*
         3250 Wilshire Blvd
         Los Angeles, CA 90010
         Telephone: (323) 939-0506

         *\*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that on August 4, 2023, the foregoing document was filed on the Court's CM/ECF

system which sent notification of such filing to all counsel of record.

*/s/ Kathryn J. Youker*
Kathryn J. Youker*
Lawyers' Committee for Civil Rights
Under Law
1500 K. Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8375
kyouker@lawyerscommittee.org


*Admitted Pro Hac Vice*
