# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

STATE OF MISSISSIPPI, *et al*.

       *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*

       *Defendants*.

No. 1:22-cv-113-HSO-RPM

## ORDER GRANTING MOTION TO WITHDRAW

The motion of Emily Chong to withdraw as counsel for The Greensboro Health Disparities Collaborative and the NAACP State Conferences for Alabama, Arizona, Arkansas, Kentucky, Louisiana, Missouri, Mississippi, and Montana ("Amici") in the above captioned case is hereby granted. Ms. Chong is released as counsel of record for Amici in this case.

Dated: _____

                                          _____
                                          United States District Judge