IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

**SUPPLEMENTAL ADMINISTRATIVE RULEMAKING RECORD INDEX**

| Pages | Document Name |
|---|---|
| | **ADDITIONAL COMMENTS RECEIVED ON PROPOSED IMPROVEMENT ACTIVITY** |
| 2300-2407 | American College of Surgeons |
| 2408-2417 | The Hospital and Healthsystem Association of Pennsylvania |
| 2418-2425 | Association of Black Cardiologists |
| 2426-2435 | Society of General Internal Medicine |
| 2436-2457 | Texas Medical Association |
| 2458-2464 | Inter Organizational Practice Committee |
| 2465-2482 | American Psychological Association |
| 2483-2519 | The Society of Thoracic Surgeons |
| 2520-2523 | Coalition to Transform Advanced Care |