**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>                      *Plaintiffs,*<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as<br>Secretary of Health and Human Services, *et al.*,<br><br>                      *Defendants.* | Civil Action No. 1:22-cv-00113-HSO-RPM |

## ENTRY OF APPEARANCE

COMES NOW, Will Bardwell of Democracy Forward Foundation and files this Entry of

Appearance as counsel of record for the American Medical Association and the National Medical

Association as *amicus curiae* in the above-styled case.

Dated:  August 4, 2023

                                   Respectfully submitted,

                                   *s/ Will Bardwell*
                                   Will Bardwell (Bar. No. 102910)
                                   DEMOCRACY FORWARD FOUNDATION
                                   P.O. Box 34553
                                   Washington, DC 20043
                                   (202) 448-9090 (t)
                                   wbardwell@democracyforward.org