Form 6 (ND/SD Miss. Dec. 2016)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

State of Mississippi et al.          Plaintiff

v.                                                    Civil Action No.   1:22-cv-00113-HSO-RPM

Becerra et al.                       Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Kevin M. Lamb

Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Office Address: 2100 Pennsylvania Avenue., NW

City: Washington    State: DC    Zip: 20037

Telephone: (202) 663-6000    Fax: (202) 663-6363

E-Mail: Kevin.Lamb@wilmerhale.com

(B) Client(s): Please see attached for full list of clients.

Address:

City:                State ____    Zip ____

Telephone:           Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:

☐   State of _____

☑   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

D.C. Court of Appeals
430 E Street NW
Washington, DC 20001
(202) 879-2700
https://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|

Please see attached for full list of court admissions.

|     |     | Yes | No |
|-----|-----|-----|----|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⦿ |
|     | Have you had admission pro hac vice revoked in this state? | ○ | ⦿ |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Yes | No |
|-----|-----|-----|----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⦿ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|--|--|--|--|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|--|--|--|

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

|  |  |
|---|---|

                                                                              Yes       No

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?     ● ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?     ● ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Will Bardwell (Bar. No. 102910)

Firm Name:    Democracy Forward Foundation

Office Address:    P.O. Box 34553

City: Washington          State: DC          Zip: 20043

Telephone: (617) 694-0661          Fax:

Email address: wbardwell@democracyforward.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

*s/ Will Bardwell*
Resident Attorney

I certify that the information provided in this Application is true and correct.

8/4/2023
Date

*[signature]*
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 4th day of August, 2023.

*s/ Will Bardwell*
Resident Attorney

## **Client List**

1. American Medical Association
   330 North Wabash Avenue, Suite 39300
   Chicago, IL 60611
   (312) 464-4782 (t)

2. National Medical Association
   8403 Colesville Road, Suite 820
   Silver Spring, MD 20910
   (202) 347-1895 (t)
   (301) 495-0359 (f)

## Court Admissions List

| Jurisdiction | Period of Admission |
|---|---|
| Connecticut | 6/09/14-present |
| U.S. District Court for the District of Connecticut | 1/04/16-present |
| U.S. District Court for the District of Columbia | 9/12/16-present |
| U.S. District Court for the Western District of Michigan | 9/08/17-present |
| U.S. District Court for the District of Maryland | 3/09/18-present |
| U.S. District Court for the Southern District of New York | 4/13/21-present |
| U.S. Court of Appeals for the Second Circuit | 3/15/17-present |
| U.S. Court of Appeals for the Fifth Circuit | 3/16/17-present |
| U.S. Court of Appeals for the Sixth Circuit | 2/20/18-present |
| U.S. Court of Appeals for the Eighth Circuit | 1/08/19-present |
| U.S. Court of Appeals for the Ninth Circuit | 3/26/19-present |
| U.S. Court of Appeals for the Eleventh Circuit | 10/24/19-present |
| U.S. Court of Appeals for the Federal Circuit | 3/29/17-present |
| U.S. Court of Appeals for the D.C. Circuit | 11/30/17-present |
| U.S. Supreme Court | 3/19/18-present |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Kevin Matthew Lamb*

was duly qualified and admitted on March 11, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 26, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*