FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN    DISTRICT OF MISSISSIPPI

State of Mississippi et al.                    Plaintiff

v.                                                                    CIVIL ACTION      1:22-cv-00113-HSO-RPM
                                                                      NO.

Becerra et al.
                                        Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:           Souvik Saha

      Firm Name:      Wilmer Cutler Pickering Hale and Dorr LLP

      Office Address: 2100 Pennsylvania Avenue NW

      City:           Washington                    State DC         Zip 20037

      Telephone:      (202) 663-6680        Fax: (202) 663-6363

      E-Mail:         Souvik.Saha@wilmerhale.com

(B)   Client(s):      Please see attached for full list of clients.

      Address:

      City:                                         State _____   Zip _____

      Telephone:                                    Fax: _____

      The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:



State of  Massachusetts

District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

U.S. Court of Appeals, District of Columbia
430 E Street NW
Washington, DC 20001
https://www.dccourts.gov/court-of-appeals

Massachusetts Supreme Judicial Court
John Adams Courthouse, 1 Pemberton Square, Suite 2500, Boston, MA, 02108
(617) 557-1000
https://www.mass.gov/orgs/massachusetts-supreme-judicial-court

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State of Massachusetts | 11/25/2013 |
| U.S. Court of Appeals for the First Circuit | 02/06/2014 |
| U.S. Court of Appeals for the Second Circuit | 01/23/2020 |
| U.S. District Court for the District of Massachusetts | 02/18/2014 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|
| (F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

FORM 6 (ND/SD MISS. DEC. 2016)

(H)    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court            Style of Case

Yes        No

(I)    Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?

(J)    Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Will Bardwell (Bar No. 102910)

Firm Name:    Democracy Forward Foundation

Office Address:  P.O. Box 34553

City:  Washington        State: DC        Zip: 20043

Telephone: (202) 773-0490        Fax:  N/A

Email address:  wbardwell@democracyforward.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
        Applicant in this matter and to the appearance as attorney of record with Applicant.

                                                        *s/ Will Bardwell*
                                                   _____
                                                            Resident Attorney


        I certify that the information provided in this Application is true and correct.


        8/4/2023                                   _____
        _____
           Date                                    Applicant's Handwritten Signature


        Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
        Court must be enclosed with this Application.


                          CERTIFICATE OF SERVICE

        The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

        This the ___4th___ day of ___August___, 20_23_.


                                                        *s/ Will Bardwell*
                                                   _____
                                                            Resident Attorney

**Attachment: Client List**

1.  American Medical Association
    330 North Wabash Avenue, Suite 39300
    Chicago, IL 60611
    (312) 464-4782 (t)


2.  National Medical Association
    8403 Colesville Road, Suite 820
    Silver Spring, MD 20910
    (202) 347-1895 (t)
    (301) 495-0359 (f)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Souvik Saha*

*was duly qualified and admitted on December 7, 2015 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on July 26, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 25, 2013**, said Court being the highest Court of Record in said Commonwealth:

## Souvik Saha

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-seventh** day of **July**

in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.