FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

State of Mississippi et al.         Plaintiff

v.                                          CIVIL ACTION NO.    1:22-cv-00113-HSO-RPM

Becerra et al.                      Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Andrew L. Lindsay

Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Office Address: 7 World Trade Center, 250 Greenwich Street

City: New York     State: New York     Zip: 10007

Telephone: (212) 295-6547     Fax: (212) 230-8888

E-Mail: Andrew.Lindsay@wilmerhale.com

(B) Client(s): Please see attached for full list of clients.

Address:

City:     State     Zip

Telephone:     Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:



☑  State of New York

☐  District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Appellate Division of the Supreme Court, First Judicial Department, 27 Madison Avenue
New York, NY 10010
(212) 340-0400
https://www.nycourts.gov/courts/ad1/

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|

|     |                                                                                                                                                   | Yes | No  |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| (D) | Have you been denied admission pro hac vice in this state?                                                                                        | ○   | ●   |
|     | Have you had admission pro hac vice revoked in this state?                                                                                        | ○   | ●   |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?                                          | ○   | ●   |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |                                                                                                                                                                         | Yes | No  |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?         | ○   | ●   |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

|  |  |
|---|---|
|  |  |

                                                                                       Yes         No

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?          ● ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?          ● ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Will Bardwell (Bar. No. 102910)

Firm Name:    Democracy Forward Foundation

Office Address:    P.O. Box 34553

City: Washington          State: DC          Zip: 20043

Telephone: (202) 773-0490          Fax:

Email address: wbardwell@democracyforward.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

                    *s/ Will Bardwell*
                    Resident Attorney

I certify that the information provided in this Application is true and correct.

8/4/2023
Date                     Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the  4th  day of  August , 20 23.

                    *s/ Will Bardwell*
                    Resident Attorney

**Attachment: Client List**

1. American Medical Association
   330 North Wabash Avenue, Suite 39300
   Chicago, IL 60611
   (312) 464-4782 (t)

2. National Medical Association
   8403 Colesville Road, Suite 820
   Silver Spring, MD 20910
   (202) 347-1895 (t)
   (301) 495-0359 (f)



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Andrew Laine Lindsay

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 19, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 26, 2023.

Clerk of the Court

CertID-00130274