IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF MISSISSIPPI,** *et al.*                                               **PLAINTIFFS**

v.                                                                    Civil No. 1:22cv113-HSO-RPM

**XAVIER BECERRA,** *in his official*
*Capacity as Secretary of Health and*
*Human Services, et al.*                                                        **DEFENDANTS**

### ORDER GRANTING AS UNOPPOSED THE AMERICAN MEDICAL ASSOCIATION AND THE NATIONAL MEDICAL ASSOCIATION'S MOTION [98] FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE

BEFORE THE COURT is the American Medical Association and the National Medical Association's Motion [98] for Leave to File a Brief as Amici Curiae in support of Defendants' opposition to Plaintiffs' Motion [78] for Summary Judgment and in support of Defendants' Cross-Motion [90] for Summary Judgment. "Plaintiffs and Defendants do not oppose this motion." Mot. [98] at 1.

The American Medical Association and the National Medical Association claim to have an interest in the proceeding and state that they can present some insight that the parties may not. *See generally* Mot. [98]; Proposed Br. [98-1]. Also, Plaintiffs and Defendants do not oppose amicus status. Mot. [98] at 1. Accordingly, the Court will permit the American Medical Association and the National Medical Association to participate as amici curiae for the purpose of filing their proposed Brief [98-1].

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the American Medical Association and the National Medical Association's Motion [98] for Leave to File a Brief as Amici Curiae in support of Defendants' opposition to Plaintiffs' Motion [78] for Summary Judgment and in support of Defendants' Cross-Motion [90] for Summary Judgment is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the American Medical Association and the National Medical Association are **GRANTED** leave to appear as amici curiae for the purpose of filing their proposed Brief [98-1].

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, on or before **August 8, 2023**, the American Medical Association and the National Medical Association shall file their proposed Brief [98-1] in the Court's Case Management/ Electronic Case Files system, both as a Memorandum in opposition to Plaintiffs' Motion [78] for Summary Judgment as well as a Memorandum in support of Defendants' Cross-Motion [90] for Summary Judgment.

**SO ORDERED AND ADJUDGED**, this the 7th day of August, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE