**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

STATE OF MISSISSIPPI, *et al.*,

        Plaintiffs,

v.

XAVIER BECERRA, in his official capacity
as Secretary of Health and Human Services,
*et al.*,

        Defendants.

Civil Action No. 1:22-cv-00113-HSO-RPM

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE**
**REBUTTAL IN FURTHER SUPPORT OF THEIR CROSS-MOTION**
**FOR SUMMARY JUDGMENT**

        Defendants respectfully request that their deadline for filing their rebuttal in further support of their Cross-Motion for Summary Judgment (ECF No. 90) be extended from September 12, 2023, to September 28, 2023. The reasons for this motion are set forth further below.

        1.      Defendants filed their Cross-Motion for Summary Judgment on July 28, 2023. Plaintiffs filed their Opposition to this Motion on September 5, 2023 (ECF No. 108).  Pursuant to Local Rule 7(b)(4), Defendants' rebuttal is due on or before September 12, 2023.

        2.      Because of competing deadlines in other matters and pre-scheduled personal leave, undersigned counsel for Defendants need additional time to prepare Defendants' rebuttal.

        3.      Undersigned counsel conferred on September 7, 2023, via email with counsel for Plaintiffs, Cameron Norris, who consented to this extension.

For all these reasons, Defendants respectfully ask the Court to extend their deadline for filing their rebuttal in further support of their Cross-Motion for Summary Judgment from September 12, 2023, to September 28, 2023.

Dated:  September 8, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*

2