Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

State of Mississippi et al.          Plaintiff

v.                                                    CIVIL ACTION   1:22-cv-00113-HSO-RPM
                                                      No.

Becerra et al.
                          Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:          Amanda NeCole Allen

      Firm Name:     Hogan Lovells US LLP

      Office Address: 555 13th Street, NW

      City:          Washington          State DC      Zip 20004

      Telephone:     2026372521          Fax: 2026375600

      E-Mail:        amanda.n.allen@hoganlovells.com

(B)   Client(s):     See attached for full list

      Address:

      City:                              State          Zip

      Telephone:                         Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

☐   State of _____

☑   District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

U.S. Court of Appeals, District of Columbia
430 E Street NW
Washington, DC 20001
http://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| Kentucky | Admitted 10/21/2019-Present |
| Sixth Circuit Court of Appeals | Admitted 06/08/2022-Present |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
| --- | --- | --- | --- |
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

Form 6 (ND/SD Miss. Dec. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

|  | Yes | No |
|---|---|---|
| (I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Robert B. McDuff, MS Bar # 2532

Firm Name:   Mississippi Center for Justice

Office Address:  210 E. Capitol Street, Suite 1800

City: Jackson          State: MS        Zip: 39201

Telephone: 6012598484      Fax:  6013524769

Email address: rmcduff@mscenterforjustice.org

5

Form 6 (ND/SD Miss. Dec. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
        Applicant in this matter and to the appearance as attorney of record with Applicant.

                                                            _____
                                                                    Resident Attorney

        I certify that the information provided in this Application is true and correct.

        09/26/2023                                          _____
        _____
             Date                                           Applicant's Handwritten Signature

        Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
        Court must be enclosed with this Application.


                                CERTIFICATE OF SERVICE

        The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

        This the __3rd__ day of __October__, 20_23_.


                                                            _____
                                                                    Resident Attorney

**Client List:**

1. Greensboro Health Disparities Collaborative
2. Louisiana Center for Health Equity
3. Alabama NAACP
4. Arkansas NAACP
5. Kentucky NAACP
6. Louisiana NAACP
7. Missouri NAACP
8. Mississippi NAACP
9. Colorado Montana Wyoming  NAACP



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Amanda NeCole Allen*

*was duly qualified and admitted on November 10, 2020 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on September 25, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*