UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:22-CV-113-HSO-RPM |
| XAVIER BECERRA et al | DEFENDANTS |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

The Court has considered the Motion to Appear Pro Hac Vice filed by the Greensboro Health Disparities Collaborative, NAACP State Conference for Alabama, NAACP State Conference for Arizona, NAACP State Conference for Arkansas, NAACP State Conference for Kentucky, NAACP State Conference for Louisiana, NAACP State Conference for Missouri, NAACP State Conference for Mississippi, and NAACP State Conference for Montana (NAACP entities) on behalf of attorney Amanda NeCole Allen.  The NAACP entities have been granted leave to appear as amici curiae.  Doc. [87].  The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that attorney Amanda NeCole Allen shall be admitted to serve as amici curiae counsel for Greensboro Health Disparities Collaborative, NAACP State Conference for Alabama, NAACP State Conference for Arizona,  NAACP State Conference for Arkansas, NAACP State Conference for Kentucky, NAACP State Conference for Louisiana, NAACP State Conference for Missouri, NAACP State Conference for Mississippi, and NAACP State Conference for Montana.  Admission is conditioned upon completion of the registration

procedures found on the Court's website and at the following link:

https://www.mssd.uscourts.gov/attorney-admissions-page.

    SO ORDERED AND ADJUDGED, this the 11th day of October 2023.

    /s/ *Robert P. Myers, Jr.*
    ROBERT P. MYERS, JR.
    UNITED STATES MAGISTRATE JUDGE