

# CERTIFICATE of the CLERK of the SUPREME COURT of the STATE OF MONTANA

I, Bowen Greenwood, Clerk of the Supreme Court of the State of Montana, do hereby certify that **CHRISTIAN BRIAN CORRIGAN**. residing in Helena, Montana, was on the 23rd day of August, 2021 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and seal of the court,

This 11th day of October, 2023.

_____
Clerk of the Supreme Court

**EXHIBIT A**