## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

STATE OF MISSISSIPPI, *et al.*,

      Plaintiffs,

v.

XAVIER BECERRA, in his official capacity
as Secretary of Health and Human Services,
*et al.*,

      Defendants.

Civil Action No. 1:22-cv-00113-HSO-RPM

## MOTION TO WITHDRAW AS COUNSEL

      Carol Federighi hereby moves to withdraw as counsel of record for Defendants.  Good

cause exists as Ms. Federighi will no longer be employed with the United States Department of

Justice as of January 15, 2023.   Defendants will continue to have representation by DOJ attorney

Brian Rosen-Shaud and will not be prejudiced by this withdrawal.

Dated: January 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*