Form 6 (ND/SD Miss. Dec. 2016)

## United States District Court
## Southern District of Mississippi

State of Mississippi, et al.          Plaintiff

v.                                                    Civil Action No.   1:22-cv-113-HSO-RPM

Xavier Becerra, et al.                Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: C'Zar David Bernstein

Firm Name: Consovoy McCarthy PLLC

Office Address: 1600 Wilson Blvd., Suite 700

City: Arlington          State: VA          Zip: 22209

Telephone: 703-243-9423          Fax:

E-Mail: czar@consovoymccarthy.com

(B) Client(s): State of Mississippi

Address:

City:          State          Zip

Telephone:          Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

☑   State of Virginia

☐   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Virginia State Bar
Regulatory Compliance Department
1111 E. Main St., Suite 700
Richmond, VA 23219
membership@vsb.org

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| District of Columbia | March 2021 |
| Virginia | June 2023 |
| 2d Circuit | January 2023 |
| 4th Circuit | October 2022 |
| 7th Circuit | April 2023 |
| 11th Circuit | August 2023 |

(D) Have you been denied admission pro hac vice in this state?  Yes ☐  No ☒

Have you had admission pro hac vice revoked in this state?  Yes ☐  No ☒

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?  Yes ☐  No ☒

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?  Yes ☐  No ☒

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?   Yes ○   No ●

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| Do No Harm v. National Association of Emergency Medical Technicians, No. 3:24-cv-00011-CWR-LGI, Southern District of Mississippi, United States District Court, Thad Cochran United States Courthouse 501 E. Court Street Suite 2.500 Jackson, MS 39201 | January 10, 2024 | Motion granted January 25, 2024 |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| Southern District of Mississippi United States District Court, Thad Cochran United States Courthouse 501 E. Court Street Suite 2.500 Jackson, MS 39201 | Do No Harm v. National Association of Emergency Medical Technicians, No. 3:24-cv-00011-CWR-LGI |

|   |   | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
|   | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Justin L. Matheny (MS Bar No. 100754)

Firm Name:   Mississippi Attorney General's Office

Office Address:   P.O. Box 220

City: Jackson          State: MS   Zip: 39205

Telephone: 601-359-3680          Fax:

Email address: justin.matheny@ago.ms.gov

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

2/28/24
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the  28  day of  FEBRUARY , 20 24 .

_____
Resident Attorney

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

C'Zar David Bernstein

was admitted to practice as an attorney and counsellor at the bar of this Court on June 7, 2023.

I further certify that so far as the records of this office are concerned, C'Zar David Bernstein is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of January
A.D. 2024

By: _____
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# C'Zar David Bernstein

was duly qualified and admitted on March 22, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on December 08, 2023.*

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.