Form 6 (ND/SD Miss. Dec. 2016)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Colville, et al.                           Plaintiff

v.                                                              CIVIL ACTION   1:22-cv-113-HSO-RPM
                                                                NO.

Becerra, et al.                            Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Kelsey L. Smith

Firm Name: Louisiana Department of Justice

Office Address: 1885 N. Third Street

City: Baton Rouge     State: LA     Zip: 70802

Telephone: 225-428-7432     Fax:

E-Mail: smithkel@ag.louisiana.gov

(B) Client(s): State of Louisiana

Address: 1885 N. Third Street

City: Baton Rouge     State: LA     Zip: 70802

Telephone: 225-326-6705     Fax:

The following information is optional:

Form 6 (ND/SD Miss. Dec. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C) I am admitted to practice in the:

☑ State of Texas

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

The Supreme Court of Texas
201 W. 14th St., Ste. 104
Austin, TX 78711
(512) 463-1312
https://www.txcourts.gov/supreme/

All other courts before which I have been admitted to practice:

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| State Bar of Texas | 2019-present |
| United States Fourth Circuit Court of Appeal | 2022-present |
| United States Fifth Circuit Court of Appeal | 2023-present |
| United States District Court, Northern District of Texas | 2021-present |

|     |     | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? | ◯ | ⦿ |
|     | Have you had admission pro hac vice revoked in this state? | ◯ | ⦿ |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ◯ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Yes | No |
| --- | --- | --- | --- |
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ◯ | ⦿ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   Yes ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   Yes ● No ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Justin L. Matheny, MS Bar # 100754

Firm Name:   Mississippi Attorney General's Office

Office Address:   P.O. Box 220

City: Jackson    State: MS    Zip: 39205

Telephone: (601) 359-3825    Fax:

Email address: justin.matheny@ago.ms.gov

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

2/28/24
Date

_____
Applicant's Handwritten Signature
*Kelsey Smith*

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the **28** day of **FEBRUARY**, 20**24**

_____
Resident Attorney

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kelsey Smith**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 25th day of October, 2019.

I further certify that the records of this office show that, as of this date

**Kelsey Smith**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of February, 2024.

BLAKE HAWTHORNE, Clerk

*[signature]*

Clerk, Supreme Court of Texas

No. 9592C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.