## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**AMBER COLVILLE, ET AL.**                                                            **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO. 1:22cv113-HSO-RPM**

**XAVIER BECERRA, in his official**
**capacity as Secretary of Health and**
**Human Services, ET AL.**                                         **DEFENDANTS**

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), the undersigned, Joseph Scott St. John, moves this Court to enter an Order permitting the withdrawal of Joseph Scott St. John as counsel of record for Plaintiff State of Louisiana. Mr. St. John is leaving his employment with the Office of the Louisiana Attorney General, effective February 29, 2024. Mr. St. John's withdrawal will not prejudice any of the parties to this case. Plaintiff State of Louisiana will continue to be represented in this matter through local counsel, Justin L. Matheny of the Mississippi Attorney General's Office, and Kelsey L. Smith, who has filed a motion for admission *pro hac vice* that is currently pending. *See* Dkt. 129. Notice of this motion has been provided to the State of Louisiana through the Office of the Louisiana Attorney General.

FOR THESE REASONS, the undersigned respectfully requests an Order permitting Joseph Scott St. John to withdraw as counsel of record for Plaintiff State of Louisiana.

1

Dated: February 29, 2024                                Respectfully submitted,

                                                                      **LIZ MURRILL**
                                                                        **ATTORNEY GENERAL OF LOUISIANA**

                                                                         By:*/s/ Joseph Scott St. John*
                                                                         JOSEPH S. ST. JOHN (La #36682)
                                                                           Deputy Solicitor General
                                                                         LOUISIANA DEPT. OF JUSTICE
                                                                         1885 N. Third Street
                                                                         Baton Rouge, Louisiana 70804
                                                                         Tel: (225) 485-2458
                                                                         stjohnj@ag.louisiana.gov


## CERTIFICATE OF SERVICE

      I certify that the foregoing document has been filed via the Court's ECF system and thereby served on all counsel of record.

Dated: February 29, 2024                                */s/ Joseph Scott St. John*
                                                                              Joseph Scott St. John