UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:22-CV-113-HSO-RPM |
| XAVIER BECERRA et al | DEFENDANTS |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered the Motion to Appear Pro Hac Vice filed by the State of Louisiana on behalf of attorney Kelsey L. Smith. The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Kelsey L. Smith shall be admitted to serve as co-counsel for the State of Louisiana. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 4th day of March 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE