AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| State of Mississippi et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22cv113-HSO-RPM |
| Xavier Becerra, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Greensboro Health Disparities Collaborative and eight NAACP State Conferences.

Date: 03/12/2024

*John C. Jopling*
*Attorney's signature*

John Jopling, MS Bar No.
*Printed name and bar number*

*Address*

*E-mail address*

*Telephone number*

*FAX number*