UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI et al                                    PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 1:22-CV-113-HSO-RPM

XAVIER BECERRA et al                                  DEFENDANTS

## SCHEDULING ORDER

This matter came before the undersigned for a scheduling conference:

(1) The parties shall have until April 17, 2024, to serve discovery requests limited to the issue of standing.

(2) The parties shall have until May 29, 2024, to serve discovery responses limited to the issue of standing.

(3) The parties shall have until July 24, 2024, to complete third party discovery limited to the issue of standing.

(4) The parties shall have until September 16, 2024, to file **any and all** dispositive motions, including but not limited to the issue of standing.

SO ORDERED AND ADJUDGED, this the 10th day of April 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE