UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI, *et al.*

        *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*

        *Defendants*.

No. 1:22-cv-113-HSO-RPM

## MOTION TO WITHDRAW AS COUNSEL

Jon Greenbaum hereby moves to withdraw as counsel for The Greensboro Health Disparities Collaborative and the NAACP State Conferences for Alabama, Arizona, Arkansas, Kentucky, Louisiana, Missouri, Mississippi, and Montana ("Amici"). Good causes exists as the undersigned will no longer be employed with the Lawyers' Committee for Civil Rights Under Law as of April 12, 2024. Amici have been notified of the content of this motion, continue to have representation, and will not be prejudiced by this withdrawal.

Respectfully submitted, this 11th day of April, 2024,

*/s/ Jon Greenbaum*
Jon Greenbaum*
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
jgreenbaum@lawyerscommittee.org

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on April 11, 2024, the foregoing document was filed on the Court's CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Jon Greenbaum*
Jon Greenbaum*
Lawyers' Committee for Civil Rights Under Law
1500 K. Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
jgreenbaum@lawyerscommittee.org

*Admitted Pro Hac Vice*