UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI, *et al.*

        *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*

        *Defendants*.

No. 1:22-cv-113-HSO-RPM

## ORDER GRANTING MOTION TO WITHDRAW

The motion of Jon Greenbaum to withdraw as counsel for The Greensboro Health Disparities Collaborative and the NAACP State Conferences for Alabama, Arizona, Arkansas, Kentucky, Louisiana, Missouri, Mississippi, and Montana ("Amici") in the above captioned case is hereby granted. Mr. Greenbaum is released as counsel of record for Amici in this case.

Dated: _____

        _____
        United States District Judge