# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**STATE OF MISSISSIPPI, ET AL.**                      **PLAINTIFFS**

**VS.**                  **CIVIL ACTION NO. 1:22cv113-HSO-RPM**

**XAVIER BECERRA, in his official
capacity as Secretary of Health and
Human Services, ET AL.**                      **DEFENDANTS**

_____

### NOTICE OF SERVICE OF DISCOVERY
_____

PLEASE TAKE NOTICE that on April 10, 2024, Plaintiffs served a true and correct copy of *Plaintiffs' First Set of Interrogatories to Defendants* on counsel of record who have entered their appearance in this action. The undersigned has retained the original.

THIS the 12th day of April, 2024.

                                         Respectfully submitted,

                                         LYNN FITCH
                                            *Attorney General*

By:    Justin L. Matheny (MS Bar No. 100754)
         *Deputy Solicitor General*
     MISSISSIPPI ATTORNEY
     GENERAL'S OFFICE
     P.O. Box 220
     Jackson, MS 39205-0220
     (601) 359-3680
     justin.matheny@ago.ms.gov

     *Counsel for Plaintiffs*