# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**STATE OF MISSISSIPPI, ET AL.**                                        **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 1:22cv113-HSO-RPM**

**XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, ET AL.**                              **DEFENDANTS**

_____

## NOTICE OF SERVICE OF DISCOVERY
_____

PLEASE TAKE NOTICE that Plaintiffs have served a true and correct copy of *Plaintiffs' Second Set of Interrogatories to Defendants* on the parties' counsel of record who have entered their appearance in this action. The undersigned has retained the original.

THIS the 17th day of April, 2024.

                                            Respectfully submitted,

                                            LYNN FITCH
                                               *Attorney General*

By:     Justin L. Matheny (MS Bar No. 100754)
             *Deputy Solicitor General*
       MISSISSIPPI ATTORNEY
       GENERAL'S OFFICE
       P.O. Box 220
       Jackson, MS 39205-0220
       (601) 359-3680
       justin.matheny@ago.ms.gov

       *Counsel for Plaintiffs*