IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF MISSISSIPPI, ET AL.**                               **PLAINTIFFS**

**VS.**                               **CIVIL ACTION NO. 1:22cv113-HSO-RPM**

**XAVIER BECERRA, in his official
capacity as Secretary of Health and
Human Services, ET AL.**                               **DEFENDANTS**

_____

### NOTICE OF SERVICE OF DISCOVERY
_____

PLEASE TAKE NOTICE that Plaintiffs have served a true and correct copy of *Plaintiffs' First Set of Requests for Admission to Defendants* on the parties' counsel of record who have entered their appearance in this action. The undersigned has retained the original.

THIS the 17th day of April, 2024.

                                              Respectfully submitted,

                                              LYNN FITCH
                                                 *Attorney General*

                              By:    Justin L. Matheny (MS Bar No. 100754)
                                         *Deputy Solicitor General*
                                         MISSISSIPPI ATTORNEY
                                         GENERAL'S OFFICE
                                         P.O. Box 220
                                         Jackson, MS 39205-0220
                                         (601) 359-3680
                                         justin.matheny@ago.ms.gov

                                         *Counsel for Plaintiffs*