# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on April 17, 2024, Defendants served true and correct copies of: (1) *Defendants' First Set of Interrogatories to Plaintiffs*; (2) *Defendants' First Set of Requests for Admissions to Plaintiffs*; and, (3) *Defendants' First Set of Requests for Production to Plaintiffs*. Undersigned counsel has retained the originals.

Dated: April 18, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Alexander W. Resar*
BRIAN C. ROSEN-SHAUD
ALEXANDER W. RESAR
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Phone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*