# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM |

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff States give notice that they intend to serve a subpoena on ALABAMA POST-ACUTE MEDICAL SERVICE 1 PC, requiring production of documents and/or other tangible items. A copy of the subject subpoena is attached. The subpoena requires ALABAMA POST-ACUTE MEDICAL SERVICE 1 PC to produce the documents and/or other tangible items to counsel for Plaintiff States on or before May 17, 2024.

1

Dated: April 23, 2024

s/ Justin L. Matheny
Justin L. Matheny (MS Bar No. 100754)
   *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Mississippi, Alabama, Arkansas, Kentucky, Louisiana, Missouri, and Montana*

Respectfully submitted,

s/ Cameron T. Norris
Cameron T. Norris*
C'Zar D. Bernstein*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Mississippi*

\* pro hac vice

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: April 23, 2024                              s/ Cameron T. Norris

2