# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM |

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff States give notice that they intend to serve a subpoena on CLINICAL RADIOLOGISTS SC, requiring production of documents and/or other tangible items. A copy of the subject subpoena is attached. The subpoena requires CLINICAL RADIOLOGISTS SC to produce the documents and/or other tangible items to counsel for Plaintiff States on or before May 17, 2024.

Dated: April 23, 2024                 Respectfully submitted,

| | |
|---|---|
| s/ Justin L. Matheny | s/ Cameron T. Norris |
| Justin L. Matheny (MS Bar No. 100754) | Cameron T. Norris* |
|    *Deputy Solicitor General* | C'Zar D. Bernstein* |
| MISSISSIPPI ATTORNEY | CONSOVOY MCCARTHY PLLC |
| GENERAL'S OFFICE | 1600 Wilson Blvd., Ste. 700 |
| P.O. Box 220 | Arlington, VA 22209 |
| Jackson, MS 39205-0220 | (703) 243-9423 |
| (601) 359-3680 | cam@consovoymccarthy.com |
| justin.matheny@ago.ms.gov | czar@consovoymccarthy.com |
| | |
| *Counsel for Mississippi, Alabama, Arkansas, Kentucky, Louisiana, Missouri, and Montana* | *Counsel for Mississippi*<br><br>* pro hac vice |

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: April 23, 2024                 s/ Cameron T. Norris