# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,

*Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,

*Defendants*.

Case No. 1:22-cv-113-HSO-RPM

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff States give notice that they intend to serve a subpoena on SOUTHEASTERN EMERGENCY PHYSICIANS OF MEMPHIS LLC, requiring production of documents and/or other tangible items. A copy of the subject subpoena is attached. The subpoena requires SOUTHEASTERN EMERGENCY PHYSICIANS OF MEMPHIS LLC to produce the

1

documents and/or other tangible items to counsel for Plaintiff States on or before May 17, 2024.

| | |
|---|---|
| Dated: April 23, 2024 | Respectfully submitted, |
| s/ Justin L. Matheny<br>Justin L. Matheny (MS Bar No. 100754)<br>*Deputy Solicitor General*<br>MISSISSIPPI ATTORNEY<br>GENERAL'S OFFICE<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3680<br>justin.matheny@ago.ms.gov | s/ Cameron T. Norris<br>Cameron T. Norris*<br>C'Zar D. Bernstein*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>czar@consovoymccarthy.com |
| *Counsel for Mississippi, Alabama, Arkansas, Kentucky, Louisiana, Missouri, and Montana* | *Counsel for Mississippi*<br><br>* pro hac vice |

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: April 23, 2024                                              s/ Cameron T. Norris

2