**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA, *Plaintiffs*, v. XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA, *Defendants*. | Case No. 1:22-cv-113-HSO-RPM |

**NOTICE OF INTENT TO SERVE SUBPOENA**

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff States give notice that they intend to serve a subpoena on each of the third parties listed below, requiring production of documents and/or other tangible items. Copies of the subject subpoenas are attached. The subpoenas require production of documents and/or other tangible items to counsel for Plaintiff States on or before May 17, 2024.

1. ALABAMA POST-ACUTE MEDICAL SERVICE 1 PC

2.  EMERGENCY SERVICES OF MONTGOMERY PC

3.  HOSPITAL MEDICINE ASSOCIATES LLC

4.  HOSPITAL PHYSICIAN SERVICES – SOUTHEAST PROFESSIONAL
    CORPORATION

5.  INPATIENT CONSULTANTS OF ALABAMA, INC

6.  LIFESTYLE MANAGEMENT OF BIRMINGHAM, INC

7.  PARAGON CONTRACTING SERVICES LLC

8.  ACS PRIMARY CARE PHYSICIANS-MIDWEST

9.  KENTUCKY POST-ACUTE MEDICAL SERVICES 1 PSC

10. CLINICAL RADIOLOGISTS SC

11. SOUTHEASTERN EMERGENCY PHYSICIANS OF MEMPHIS LLC

Dated: April 24, 2024                         Respectfully submitted,

s/ Justin L. Matheny                          s/ Cameron T. Norris
Justin L. Matheny (MS Bar No. 100754)         Cameron T. Norris*
  *Deputy Solicitor General*                  C'Zar D. Bernstein*
MISSISSIPPI ATTORNEY                          CONSOVOY MCCARTHY PLLC
GENERAL'S OFFICE                              1600 Wilson Blvd., Ste. 700
P.O. Box 220                                  Arlington, VA 22209
Jackson, MS 39205-0220                        (703) 243-9423
(601) 359-3680                                cam@consovoymccarthy.com
justin.matheny@ago.ms.gov                     czar@consovoymccarthy.com

*Counsel for Mississippi, Alabama,*           *Counsel for Mississippi*
*Arkansas, Kentucky, Louisiana,*
*Missouri, and Montana*                       * pro hac vice

2

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: April 24, 2024                    _s/ Cameron T. Norris_