**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA, <br><br> *Defendants.* | Case No. 1:22-cv-113-HSO-RPM |

**NOTICE OF INTENT TO SERVE SUBPOENA**

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff States give notice

that they intend to serve a subpoena on each of the third parties listed below, requiring

production of documents and/or other tangible items. Copies of the subject subpoenas

are attached. The subpoenas require production of documents and/or other tangible

items to counsel for Plaintiff States on or before May 20, 2024.

1. Hospital Medicine Services of Tennessee PC

2. Body-Mind-Spirit Podiatric Center, PLLC

3. Dr. Brian K. Bailey

4. IPC PAC Healthcare Services of Missouri, Inc.

5. ACS Emergency Services of Mississippi Professional Association

Dated: April 26, 2024                    Respectfully submitted,

s/ Justin L. Matheny                      s/ Cameron T. Norris
Justin L. Matheny (MS Bar No. 100754)     Cameron T. Norris*
   *Deputy Solicitor General*             C'Zar D. Bernstein*
MISSISSIPPI ATTORNEY                       CONSOVOY MCCARTHY PLLC
GENERAL'S OFFICE                           1600 Wilson Blvd., Ste. 700
P.O. Box 220                               Arlington, VA 22209
Jackson, MS 39205-0220                     (703) 243-9423
(601) 359-3680                             cam@consovoymccarthy.com
justin.matheny@ago.ms.gov                  czar@consovoymccarthy.com

*Counsel for Mississippi, Alabama,*        *Counsel for Mississippi*
*Arkansas, Kentucky, Louisiana,*
*Missouri, and Montana*                    * pro hac vice

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: April 26, 2024                                     *s/ Cameron T. Norris*