**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br><br>                    *Defendants.* | Case No. 1:22-cv-113-HSO-RPM |

**NOTICE OF INTENT TO SERVE SUBPOENA**

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff States give notice that they intend to serve a subpoena on the third party listed below, requiring production of documents and/or other tangible items. A copy of the subject subpoena is attached. The subpoena requires production of documents and/or other tangible items to counsel for Plaintiff States on or before May 23, 2024.

1.  ACS Primary Care Physicians Louisiana PC

Dated: April 30, 2024

Respectfully submitted,

s/ Justin L. Matheny

s/ Cameron T. Norris

Justin L. Matheny (MS Bar No. 100754)
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

Cameron T. Norris*
C'Zar D. Bernstein*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Mississippi, Alabama, Arkansas, Kentucky, Louisiana, Missouri, and Montana*

*Counsel for Mississippi*

\* pro hac vice

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: April 30, 2024                                   *s/ Cameron T. Norris*