# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM |

## **CONSENT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff States move for entry of the attached Agreed Protective Order and state as follows:

1. Under Rule 26, Plaintiffs and Defendants have agreed to the attached Agreed Protective Order. Ex. 1.

2. On April 10, 2024, this Court entered a scheduling order. Doc. 136. The order permits "third party discovery limited to the issue of standing." *Id.*

3. Plaintiffs later gave notice of intent to serve third-party subpoenas. Docs. 156, 157, 158. The following third parties were served:

    a. Hospital Medicine Associates LLC

    b. Paragon Contracting Services LLC

    c. Alabama Post-Acute Medical Services 1 PC

    d. ACS Emergency Services of Mississippi Professional Association

    e. Hospital Physician Services – Southeast Professional Corporation

    f. ACS Primary Care Physicians – Midwest

    g. Kentucky Post-Acute Medical Services 1 PSC

    h. ACS Primary Care Physicians Louisiana PC

    i. Emergency Services of Montgomery PC

    j. Inpatient Consultants of Alabama, Inc.

    k. IPC Pac Healthcare Services of Missouri, Inc.

    l. Southeastern Emergency Physicians of Memphis LLC

    m. Inpatient Consultants of Alabama, Inc.

    n. Hospital Medicine Services of Tennessee PC

4. The Agreed Protective Order applies to those third parties.

5. Plaintiffs request that the Court enter the Agreed Protective Order so that the third parties may produce information as part of third-party discovery. The Order will preserve the confidentiality of certain information that the third parties contend contains private, commercially sensitive, confidential, or proprietary information.

6. Defendants consent to this motion.

7. Because Defendants consent to this motion, Plaintiffs request that the requirement for a memorandum in support be waived.

8. The Agreed Protective Order complies with Local Rule 26(g). Ex. 1 ¶9.

Accordingly, Plaintiffs request that this motion be granted and that the Court enter the attached Agreed Protective Order.

Dated: June 12, 2024                                     Respectfully submitted,

s/ Justin L. Matheny                                     s/ Cameron T. Norris
Justin L. Matheny (MS Bar No. 100754)                    Cameron T. Norris*
  *Deputy Solicitor General*                    C'Zar D. Bernstein*
MISSISSIPPI ATTORNEY                                     CONSOVOY MCCARTHY PLLC
GENERAL'S OFFICE                                         1600 Wilson Blvd., Ste. 700
P.O. Box 220                                             Arlington, VA 22209
Jackson, MS 39205-0220                                   (703) 243-9423
(601) 359-3680                                           cam@consovoymccarthy.com
justin.matheny@ago.ms.gov                                czar@consovoymccarthy.com

*Counsel for Mississippi, Alabama,*                      *Counsel for Mississippi*
*Arkansas, Kentucky, Louisiana,*
*Missouri, and Montana*                                  * pro hac vice

3

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: June 12, 2024                                              *s/ Cameron T. Norris*