# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM |

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff States give notice that they intend to serve a subpoena on the third parties listed below, requiring production of documents and/or other tangible items. A copy of the subject subpoena is attached. The subpoena requires production of documents and/or other tangible items to counsel for Plaintiff States on or before July 17, 2024.

1. Family Medicine Clinic P.A.

2. Bellefonte Medical Center Inc

3. Heartland Cares, Inc

4. Rehabilitation Institute PLLC

5. Deer Creek Medical Center

6. Jay P Jaikishen MD PC

7. Stuart A. Begnaud, MD APMC

| | |
|---|---|
| Dated: July 3, 2024 | Respectfully submitted, |
| s/ Justin L. Matheny<br>Justin L. Matheny (MS Bar No. 100754)<br>  *Deputy Solicitor General*<br>MISSISSIPPI ATTORNEY<br>GENERAL'S OFFICE<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3680<br>justin.matheny@ago.ms.gov | s/ Cameron T. Norris<br>Cameron T. Norris*<br>C'Zar D. Bernstein*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>czar@consovoymccarthy.com |
| *Counsel for Mississippi, Alabama, Arkansas, Kentucky, Louisiana, Missouri, and Montana* | *Counsel for Mississippi*<br><br>* pro hac vice |

2

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: July 3, 2024                                         *s/ Cameron T. Norris*