# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| AMBER COLVILLE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.1(b)(3), undersigned counsel seeks leave of the Court to withdraw as counsel of record for Defendants. Mr. Rosen-Shaud is leaving the Department of Justice on Friday August 9, 2024. Defendant will continue to be represented by Alex Resear. Undersigned counsel informed his client, who consents to this motion. Plaintiffs do not oppose to this motion.

Dated:  August 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7667
Email: brian.c.rosen-shaud@usdoj.gov
*Counsel for Defendant*