IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

**[PROPOSED] ORDER**

Before the Court is a motion for Brian Rosen-Shaud to withdraw as counsel for Defendants. Having considered the motion, the Court:

ORDERS that the motion is GRANTED.

SO ORDERED this _____ day of _____, 2024.

_____
U.S. District Judge Halil S. Ozerden