# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

**ORDER GRANTING JOINT MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE AND TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

Upon consideration of the parties' joint motion for summary judgment briefing schedule and to extend deadline to file dispositive motions, it is hereby:

**ORDERED** that the Motion is **GRANTED.** The parties shall submit cross-motions for summary judgment according to the following schedule:

- October 15, 2024: Plaintiffs' motion for summary judgment;

- November 5, 2024: Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment;

- November 26, 2024: Plaintiffs' combined reply in support of motion for summary judgment and opposition to Defendants' cross-motion for summary judgment;

- December 17, 2024: Defendants' reply in support of cross-motion for summary judgment.

SO ORDERED this _____ day of _____, 2024.

                                                                                                                            _____
                                                             U.S. District Judge Halil S. Ozerden