IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM<br><br>**Plaintiffs' Post-Discovery Motion for Summary Judgment** |

**PLAINTIFFS' POST-DISCOVERY
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs—the States of Mississippi, Alabama, Arkansas, Louisiana, Missouri, and Montana and the Commonwealth of Kentucky—move for summary judgment on the sole claim of the amended complaint that the Anti-Racism Rule is unlawful and ultra vires. *See* Doc. 28. ¶¶57-65. Plaintiffs' motion is premised on the attached declarations and exhibits, and

1

the points and authorities set forth in their accompanying Memorandum of Law in Support of Plaintiffs' Post-Discovery Motion for Summary Judgment, filed contemporaneous with this motion. Accordingly, Plaintiffs request an order granting Plaintiffs' motion for summary judgment and entry of judgment granting Plaintiffs all relief requested in the amended complaint. *See* Doc. 28 at 18.

Dated: October 15, 2024                    Respectfully submitted,

*s/ Justin L. Matheny*
LYNN FITCH
   *Attorney General*
Scott G. Stewart (MS Bar No. 106359)
   *Solicitor General*
Justin L. Matheny (MS Bar No. 100754)
   *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
scott.stewart@ago.ms.gov
justin.matheny@ago.ms.gov

*s/ Cameron T. Norris*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*s/ Edmund G. LaCour Jr.*
STEVE MARSHALL
   *Attorney General*
Edmund G. LaCour Jr.*
   *Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
(334) 353-2196
Edmund.LaCour@AlabamaAG.gov

*s/ Nicholas J. Bronni*
TIM GRIFFIN
   *Attorney General*
Nicholas J. Bronni*
   *Solicitor General*
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

2

| | |
|---|---|
| *s/ Aaron J. Silletto* | *s/ Kelsey L. Smith* |
| RUSSELL COLEMAN | ELIZABETH B. MURRILL* |
|   *Attorney General* |   *Attorney General* |
| Aaron J. Silletto* | Kelsey L. Smith* |
|   *Assistant Attorney General* |   *Deputy Solicitor General* |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | LOUISIANA DEPARTMENT OF JUSTICE |
| 700 Capital Avenue, Suite 118 | 1885 N. Third Street |
| Frankfort, Kentucky 40601 | Baton Rouge, Louisiana 70804 |
| (502) 696-5439 | (225) 428-7432 |
| Aaron.Silletto@ky.gov | smithkel@ag.louisiana.gov |
| | |
| *s/ Joshua M. Divine* | *s/ Christian Corrigan* |
| ANDREW BAILEY | AUSTIN KNUDSEN |
|   *Attorney General* |   *Attorney General* |
| Joshua M. Divine* | Christian Corrigan* |
|   *Solicitor General* |   *Solicitor General* |
| Samuel C. Freedlund* | MONTANA DEPARTMENT OF JUSTICE |
| OFFICE OF THE MISSOURI ATTORNEY GENERAL | 215 North Sanders Street |
| 815 Olive Street | Helena, MT 59601 |
| Suite 200 | christian.corrigan@mt.gov |
| St. Louis, MO 63101 | |
| (314) 340-4869 | |
| Josh.Divine@ago.mo.gov | |
| Samuel.Freedlund@ago.mo.gov | |

*pro hac vice

## CERTIFICATE OF SERVICE

    I e-filed this motion with the Court, which will email everyone requiring service.

    Dated: October 15, 2024                                                                             *s/ Cameron T. Norris*