# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## CONTACT SUMMARY

As a courtesy, Defendants provide the following contact information for the natural or artificial persons that attested to Defendants that they completed MIPS clinical practice improvement activity IA_AHE_8 in performance year 2023 by creating and implementing an anti-racism plan for a minimum of 90 continuous days in 2023.

HOSPITAL MEDICINE ASSOCIATES LLC
2030 LAY DAM RD
CLANTON, AL 35045

JOHN C SIMMONS M.D.
100E CAHABA AVE
LINDEN, AL 36748

PARAGON CONTRACTING SERVICES LLC
6670 GREEN DR
TRUSSVILLE, AL 35173

SCOTT D PARKER MD LLC
250 CHATEAU DRIVE STE 115
HUNTSVILLE, AL 35801

FAMILY MEDICINE CLINIC P. A.
100 HOLLYWOOD AVE
HOT SPRINGS, AR 71901

NORTHWEST ARKANSAS UROLOGY ASSOCIATES, PLLC
5401 WILLOW CREEK DR
SPRINGDALE, AR 72762

BELLEFONTE MEDICAL CENTER INC
401 US 23
GREENUP, KY 41144

HEARTLAND CARES, INC
1903 BROADWAY ST
PADUCAH, KY 42001

REHABILITATION INSTITUTE PLLC
3103 BRECKENRIDGE LN STE 1
LOUISVILLE, KY 40220

DEER CREEK MEDICAL CENTER
301 W FERTITTA BLVD SUITE 1
LEESVILLE, LA 71446

JAY P JAIKISHEN MD PC
155 HOSPITAL DRIVE SUITE 406
LAFAYETTE, LA 70503

STUART A. BEGNAUD,MD APMC
121 RUE LOUIS XIV BUILDING 5 SUITE B
LAFAYETTE, LA. 70508


Dated:  July 2, 2024                              Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General
                                                  Civil Division

                                                  MICHELLE BENNETT
                                                  Assistant Director, Federal Programs Branch

                                                  /s/ Alexander W. Resar
                                                  BRIAN C. ROSEN-SHAUD
                                                  ALEXANDER W. RESAR
                                                  Trial Attorneys
                                                  United States Department of Justice

2

Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*