EXHIBIT A



# Now updated! CMS Disparities Impact Statement

The CMS Office of Minority Health has updated the CMS Disparities Impact Statement, a quality improvement tool that can be used to improve population health.

*Click here to download the most recent version.*

**About the tool**

The CMS Disparities Impact Statement is a tool that can be used by health care stakeholders to promote efforts to eliminate health disparities while improving the health of people from all populations that experience disparities, including people from racial and ethnic minorities; people with disabilities; members of the lesbian, gay, bisexual, and transgender communities; sexual and gender minorities, individuals with limited English proficiency; and rural, tribal, and geographically isolated communities.

CMS completed this update as part of our regular cycle of review of available resources in order to provide the most up to date information available.  This newer version is clearer about the purpose for the resource and offers more examples of potential use. Organizations looking to reduce health disparities and further their health equity improvement goals can review and use this tool to further their planned work.

While organizations and individuals may consider a variety of factors in using this tool such as health status, health needs, health-related social needs, income, geographic location, and other social determinants of health, organizations must ensure any interventions are available to individuals without regard to a person's race, ethnicity, color, national origin, sex, age, or disability.

**More information**

The CMS Office of Minority Health offers a Health Equity Technical Assistance program to assist organizations, researchers, and those looking for assistance with health equity data collection and analysis, resources to embed health equity, and other resources to improve health equity efforts. Contact HealthEquityTA@cms.hhs.gov for more information.

*Sign up for our listserv* to get the latest on health equity from the CMS Office of Minority Health.

**CMS Office of Minority Health**  |  Working to Achieve Health Equity

*Paid for by the US Department of Health and Human Services*