# EXHIBIT B

# Disparities Impact Statement



This tool can be used by health care stakeholders to promote efforts to identify and address health disparities while improving the health of all people, including those from racial and ethnic minorities; people with disabilities; members of lesbian, gay, bisexual, and transgender communities; individuals with limited English proficiency; and rural, Tribal, and geographically isolated communities.

## This worksheet has 5 steps to be completed over time:

**1** Identify health disparities and affected populations

**2** Define your health equity improvement goals

**3** Establish your organization's health equity strategy

**4** Determine what your organization needs to implement its strategy

**5** Monitor and evaluate your progress

To learn more about CMS's approach to advancing health equity and eliminating disparities, read the CMS Framework for Health Equity and CMS Framework for Advancing Health Care in Rural, Tribal, and Geographically Isolated Communities and visit the CMS Office of Minority Health website at go.cms.gov/omh.



Revised: Aug. 2024. Paid for by the U.S. Department of Health and Human Services.

1

# STEP 1:

## Identify health disparities and affected populations

Use available data to help identify which health disparities to address.

Organizations and individuals may consider a variety of factors in using this tool such as health status, health needs, health-related social needs, income, geographic location, and other social determinants of health. Organizations must ensure any interventions are available to individuals without regard to a person's race, ethnicity, color, national origin, sex, age, or disability.

**Stratifying data by sociodemographic variables can help you get started.** 

### What data can you use to identify health disparities among those you serve?

### What population(s) experience disparities?

### What health disparities will you address?

# STEP 2:

## Define your health equity improvement goals

Using the information from **STEP 1**, set out what you aim to do, by when, and with whom.

> **For example:**
> Reduce unnecessary emergency department visits among patients who screen positive for a health-related social need.
> - (Short term goal) Within 1 year, improve care coordination for identified patients through the following activities:
>   - Engage patients and caregivers to understand health care needs within 1 week of emergency department (ED) utilization.
>   - Develop a care plan for each identified patient within 1 month of ED utilization.
>   - Review ED utilization rates quarterly to monitor changes in rates over time.
> - (Long term goal) Within 2 years, reduce unnecessary ED utilization rate among patients who screen positive for a health-related social need by 10%.

## What do you want to improve or accomplish?

*Short-term goal:*

[                                                                 ]

*Long-term goal:*

[                                                                 ]

3

# STEP 3:

## Establish your organization's health equity strategy

List out the actions needed to achieve your **STEP 2** health equity improvement goals.



**Using a Plan Do Study Act approach can help identify meaningful action steps toward an intended impact.**

### Actions to reach the short-term goal:

### Actions to reach the long-term goal:

4

# STEP 4:

## Determine what your organization needs to implement its health equity strategy

Identify the policy changes and resources needed to achieve your strategy from **STEP 3**. For example, more staff, leadership support, changes to policies, or investment in technology.

> Developing a stakeholder engagement plan can provide a roadmap for how your team will engage and collaborate with internal and external partners.



## What policy changes and resources are needed to achieve your health equity improvement goals?

*Resources you already have (assets):*

*Resources and/or policy changes you still need (deficits):*

5

# STEP 5:

## Monitor and evaluate your progress

Establish what you will measure and agree on a plan to track progress.

**Set your baseline: measure before you take action.** 

### What measures can you use to track progress?
*Consider electronic Clinical Quality Measures (eCQMs) and resources in the Electronic Clinical Quality Improvement Resource Center for ideas.*

### Who is responsible for the evaluation and how frequently will updates be provided?

### Next: Complete the Action Plan to develop and implement a Disparities Impact Statement.

6    Contact HealthEquityTA@cms.hhs.gov for assistance completing the Disparities Impact Statement.

# ACTION PLAN

Fill out one for each improvement goal. Health Equity Technical Assistance is available for stakeholders completing the Disparities Impact Statement. Contact HealthEquityTA@cms.hhs.gov.

Health Equity Champion: _____ Executive Sponsor: _____ Date: _____

### Improvement Goal
What health disparity and population(s) does your intervention focus on?

Health Disparity: _____

Populations(s): _____

| Goals | Action Steps | Resources & Key Stakeholders | Metrics | Measurable Outcomes/Impact |
|---|---|---|---|---|
| List your short-term and long-term goals from Step 2. Add rows as needed. | List the action steps needed to achieve your goals. | List the resources needed to accomplish action steps, including key staff or stakeholders. | What will you monitor? What data will be used to track progress and how often? | Consider longer-term outcomes: how will you evaluate the impact and sustainability of your actions? |
| Short-Term Goal | | | | |
| Long-Term Goal | | | | |