IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

### DECLARATION OF ALEXANDER W. RESAR IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

I, Alexander W. Resar, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am a Trial Attorney with the Federal Programs Branch of the Civil Division of the United States Department of Justice and counsel for Defendants in this matter.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' Amended Objections and Responses to Defendants' First Set of Requests for Admission, dated May 29, 2024, and amended June 17, 2024.

3. Attached as Exhibit B is a true and correct copy of Plaintiffs' Amended Objections and Responses to Defendants' First Set of Interrogatories, dated May 29, 2024, and amended June 17, 2024, and October 15, 2024.

Executed on November 5, 2024, in Washington, D.C.

                                          */s/ Alexander W. Resar*
                                          Alexander W. Resar