**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

STATE OF MISSISSIPPI, *et al.*,

*Plaintiffs*,

v.                                                              Civil Action No. 1:22-cv-00113-HSO-RPM

XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services, *et al.*,

*Defendants*.

**NOTICE OF APPEARANCE**

COMES NOW, Greta Martin of Disability Rights Mississippi and files this Notice of

Appearance as counsel for the Robert Wood Johnson Foundation as *amicus curiae* in the above-

styled case.

Dated: November 12, 2024

By: /s/ *Greta Martin*