# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## **MOTION TO WITHDRAW**

Pursuant to Local Rule 83.1(b)(3), undersigned counsel seeks leave of the Court to withdraw as counsel of record for *Amici*. Mr. Saha is leaving the law firm of Wilmer Cutler Pickering Hale and Dorr LLP on Friday November 29, 2024. *Amici* will continue to be represented by remaining counsel of record. Undersigned counsel informed his client, who consents to this motion. Plaintiffs do not oppose this motion.

Dated: November 21, 2024

Respectfully Submitted,

Will Bardwell (Bar. No. 102910)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090 (t)
wbardwell@democracyforward.org

*/s/ Souvik Saha*
Souvik Saha (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)
Souvik.Saha@wilmerhale.com

*Counsel for* Amici