UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI et al                                                                PLAINTIFFS

VERSUS                                            CIVIL ACTION NO. 1:22-CV-113-HSO-RPM

XAVIER BECERRA et al                                                                    DEFENDANTS

## ORDER GRANTIG PHV MOTION

This matter is before the Court on the motion for pro hac vice admission filed by various NAACP entities on behalf of attorney Adria Bonillas. Rule 83.1(d)(7)(E) of the Local Rules provides that a PHV application "ordinarily should be granted unless the court finds reasons to believe that: … the applicant had, before application, filed or appeared in the federal court without having secured approval under these rules." The name of the applicant for admission appears on an amicus brief [177] filed by the NAACP entities, albeit with the notation "*pro hac vice* pending." The subject pleading was signed and filed by a Mississippi-licensed attorney admitted to practice before this Court.

By including the applicant's name on the pleading in question, the applicant appears to have violated the Court's Local Rules regarding PHV admissions. *See Clayton v. City of Oxford, Miss.*, No. 3:21-cv-174-GHD-JMV, 2021 WL 4699182 (N.D.Miss. Oct. 7, 2021); *Reech v. Sullivan*, No. 3:18-cv-35-HSO-LRA, 2018 WL1698303 (S.D. Miss. Apr. 5, 2018); *Isom v. Valley Forge Ins. Co.*, No. 2:16-cv-109-KS-MTP, 2016 WL 4183315 (S.D.Miss. Aug. 5, 2016). In other words, by including the applicant's name, the attorney "appeared in federal court" prior to securing PHV admission in violation of L.U.Civ.R. 83.1(d)(7)(E). *See In re Williamson*, 838 So.2d 226, 235 (Miss. 2002) ("In the future, attorneys are hereby noticed and cautioned that a

foreign attorney will be deemed to have made an appearance in a Mississippi lawsuit if the foreign attorney signs the pleadings or allows his or her name to be listed on the pleadings.").

The Court nevertheless grants the motion to appear pro hac vice. Although the applicant's name appears on the amicus brief, there is no indication the applicant has otherwise participated in the case. Furthermore, the parties have not filed an objection or motion to disqualify. Local counsel is cautioned that pleadings and filings containing the names of counsel who have not yet been admitted pro hac vice should not be signed by local counsel under L.U.Civ.R. 83.1. Local counsel and the PHV attorney are directed to review the Local Rules for PHV admissions and their respective duties as counsel of record.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Adria Bonillas shall be admitted to serve as co-counsel for Greensboro Health Disparities Collaborative, NAACP State Conference for Alabama, NAACP State Conference for Arizona, NAACP State Conference for Arkansas, NAACP State Conference for Kentucky, NAACP State Conference for Louisiana, NAACP State Conference for Missouri, NAACP State Conference for Mississippi, NAACP State Conference for Montana. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 2nd day of December 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE