FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

State of Mississippi et al     Plaintiff

v.                                                       CIVIL ACTION NO.   1:22-cv-00113-HSO-RPM

Becerra et al                  Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Dylan L. Jacobs

Firm Name: Arkansas Attorney General's Office

Office Address: 323 Center St., Suite 200

City: Little Rock    State: AR    Zip: 72201

Telephone: (501) 682-3661    Fax:

E-Mail: dylan.jacobs@arkansasag.gov

(B) Client(s): State of Arkansas

Address: 323 Center St., Suite 200

City: Little Rock    State: AR    Zip: 72201

Telephone: (501) 682-3361    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C) I am admitted to practice in the:

☑ State of Arkansas

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Arkansas Supreme Court
625 Marshall St
Little Rock, AR 72201
attylicenseinfo@arcourts.gov
501-682-6849

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|

Please see attached list

|     |                                                                                                                          | Yes | No |
|-----|--------------------------------------------------------------------------------------------------------------------------|-----|-----|
| (D) | Have you been denied admission pro hac vice in this state?                                                               | ☐   | ☒   |
|     | Have you had admission pro hac vice revoked in this state?                                                               | ☐   | ☒   |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?                 | ☐   | ☒   |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |                                                                                                                                                              | Yes | No |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ☐   | ☒   |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?    Yes ◯    No ⦿

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
|  |  |

|  | Yes | No |
|---|---|---|
| (I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Justin L. Matheny, MS Bar # 100754

Firm Name:   Mississippi Attorney General's Office

Office Address:  P.O. Box 220

City: Jackson         State: MS    Zip: 39205

Telephone: (601) 359-3825    Fax:

Email address: justin.matheny@ago.ms.gov

5

Form 6 (ND/SD Miss. Dec. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

12/30/2024
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 6 day of JANUARY, 2025.

_____
Resident Attorney

Dylan L. Jacobs - List of Admissions

| Court | Admission Date | Bar Number | Status |
|---|---|---|---|
| **STATE:** | | | |
| Arkansas Supreme Court | 9/9/2016 | 2016167 | Good Standing |
| D.C. Bar | 6/5/2017 | 1047239 | Good Standing |
| **FEDERAL:** | | | |
| US Supreme Court | 10/3/2022 | 316674 | Good Standing |
| US Court of Appeals for the First Circuit | 11/8/2024 | 1214520 | Good Standing |
| US Court of Appeals for the Fifth Circuit | 1/31/2024 | 3630 | Good Standing |
| US Court of Appeals for the Eighth Circuit | 10/23/2017 | 17-0471 | Good Standing |
| US Court of Appeals for the Tenth Circuit | 12/1/2023 | N/A | Good Standing |
| US Court of Appeals for the Eleventh Circuit | 1/31/2022 | 556330091 | Good Standing |
| US Court of Appeals for the D.C. Circuit | 4/15/2019 | 61623 | Good Standing |
| US District Court for the Eastern and Western Districts of Arkansas | 11/1/2017 | 2016167 | Good Standing |
| US District Court for the District of D.C. | 9/5/2018 | N/A | Government |
| US District Court for the Eastern District of Missouri | 2/18/2022 | 2016167AR | Government |
| US District Court for the District of North Dakota | 2/16/2023 | N/A | Good Standing |
| US District Court for the Northern District of Texas | 2/28/2023 | N/A | Good Standing |
| US District Court for the Western District of Texas | 7/29/2024 | 2016167 | Government |
| US District Court for the Eastern District of Texas | 8/22/2024 | N/A | Good Standing |
| US District Court for the Southern District of Indiana | 5/16/2023 | N/A | Good Standing |
| US District Court for the Northern District of Oklahoma | 5/31/2023 | N/A | Good Standing |