UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI et al                                    PLAINTIFFS

VERSUS                             CIVIL ACTION NO. 1:22-CV-113-HSO-RPM

XAVIER BECERRA et al                                   DEFENDANTS

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered the Motion to Appear Pro Hac Vice filed by the State of Arkansas on behalf of attorney Dylan L. Jacobs. The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Dylan L. Jacobs shall be admitted to serve as co-counsel for the State of Arkansas. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 7th day of January 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE