# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**STATE OF MISSISSIPPI, ET AL.**                              **PLAINTIFFS**

**VS.**                        **CIVIL ACTION NO. 1:22cv113-HSO-RPM**

**XAVIER BECERRA, in his official**
**capacity as Secretary of Health and**
**Human Services, ET AL.**                               **DEFENDANTS**
_____

## MOTION TO WITHDRAW AS COUNSEL
_____

Pursuant to Local Rule 83.1(b)(3), Nicholas J. Bronni, counsel for Plaintiff the State of Arkansas previously admitted *pro hac vice*, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bronni has left the employment of the Office of the Arkansas Attorney General to begin service as an Associate Justice of the Arkansas Supreme Court. The State of Arkansas will continue to be represented in this matter through local counsel, Justin L. Matheny of the Mississippi Attorney General's Office, and Dylan L. Jacobs of the Office of the Arkansas Attorney General, admitted *pro hac vice*. Notice of this motion has been provided to the State of Arkansas through the Office of the Arkansas Attorney General.

FOR THESE REASONS, the undersigned respectfully request an Order permitting Nicholas J. Bronni to withdraw as counsel of record for Plaintiff State of Arkansas.

THIS the 7th day of January, 2025.

Respectfully submitted,

*s/ Nicholas J. Bronni*
Nicholas J. Bronni*
Dylan L. Jacobs*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov
*admitted *pro hac vice*

*s/ Justin L. Matheny*
Justin L. Matheny (MS Bar No. 100754)
  *Deputy Solicitor General*
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff the State of Arkansas*

# CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed via the Court's ECF system and thereby served on all counsel of record.

Dated: January 7, 2025

*s/ Justin L. Matheny*