### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**STATE OF MISSISSIPPI, ET AL.**                                    **PLAINTIFFS**

**VS.**                          **CIVIL ACTION NO. 1:22cv113-HSO-RPM**

**XAVIER BECERRA, in his official
capacity as Secretary of Health and
Human Services, ET AL.**                                    **DEFENDANTS**

_____

### MOTION TO WITHDRAW AS COUNSEL
_____

Pursuant to Local Rule 83.1(b)(3), Dylan L. Jacobs, counsel for Plaintiff State of Arkansas previously admitted *pro hac vice*, respectfully moves to withdraw as an attorney of record in this matter. The State of Arkansas will continue to be represented in this matter through local counsel, Justin L. Matheny of the Mississippi Attorney General's Office, and Autumn Hamit Patterson of the Office of the Arkansas Attorney General, admitted *pro hac vice*. Notice of this motion has been provided to the State of Arkansas through the Office of the Arkansas Attorney General.

FOR THESE REASONS, the undersigned respectfully request an Order permitting Dylan L. Jacobs to withdraw as counsel of record for Plaintiff State of Arkansas.

THIS the 24th day of March, 2025.

Respectfully submitted,

s/ Dylan L. Jacobs
Dylan L. Jacobs*
Autumn Hamit Patterson*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
dylan.jacobs@arkansasag.gov
autumn.patterson@arkansasag.gov
*admitted pro hac vice

s/ Justin L. Matheny
Justin L. Matheny (MS Bar No. 100754)
    Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

Counsel for Plaintiff the State of Arkansas

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed via the Court's ECF system and thereby served on all counsel of record.

Dated: March 24, 2025

s/ Justin L. Matheny

2