UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI et al                                                                                  PLAINTIFF

VERSUS                                                            CIVIL ACTION NO. 1:22-CV-113-HSO-RPM

XAVIER BECERRA et al                                                                                      DEFENDANTS

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered the Motion to Appear Pro Hac Vice filed by the State of Mississippi on behalf of attorney Zachary P. Grouev. The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Zachary P. Grouev shall be admitted to serve as co-counsel for the State of Mississippi. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 26th day of March 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE