IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF MISSISSIPPI,** *et al.*                                                    **PLAINTIFFS**

**v.**                                                    **Civil No. 1:22cv113-HSO-RPM**

**ROBERT F. KENNEDY, JR.,** *in his official*
*Capacity as Secretary of Health and*
*Human Services, et al.*                                                    **DEFENDANTS**

## ORDER SUBSTITUTING PARTIES

This matter is before the Court sua sponte pursuant to Federal Rule of Civil Procedure 25(d).  Xavier Becerra is not a proper party to this lawsuit because he no longer serves as Secretary of the United States Department of Health and Human Services, and Chiquita Brooks-LaSure is not a proper party because she no longer serves as Administrator of the Centers for Medicare and Medicaid Services.

When a public officer who is sued in her official capacity ceases to hold office while a lawsuit is pending, the officer's successor is automatically substituted as a party.  Fed. R. Civ. P. 25(d).  Therefore, Robert F. Kennedy, Jr., who now serves as Secretary of the United States Department of Health and Human Services, is substituted for Xavier Becerra, and Mehmet Oz, who now serves as Administrator of the Centers for Medicare and Medicaid Services, is substituted for Chiquita Brooks-LaSure.

2

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, is **SUBSTITUTED** for Xavier Becerra.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, is **SUBSTITUTED** for Chiquita Brooks-LaSure.

**SO ORDERED AND ADJUDGED**, this the 22nd day of April, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE