IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ARKANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; and STATE OF MONTANA,<br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE UNITED STATES OF AMERICA,<br>*Defendants*. | Case No. 1:22-cv-113-HSO-RPM<br><br>**Motion to Withdraw as Counsel** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), Counsel C'Zar Bernstein respectfully moves to withdraw as counsel for Plaintiff State of Mississippi in this matter. Mr. Bernstein is leaving Consovoy McCarthy PLLC on April 30, 2025, to pursue another professional opportunity and will be unable to continue his representation. Plaintiffs will continue to be represented by counsel, including other capable counsel at the Mississippi

1

Attorney General's Office, Justin L. Matheney, and at Consovoy McCarthy PLLC, Cameron T. Norris and Zachary P. Grouev.

For these reasons, the undersigned respectfully requests an order permitting C'Zar D. Bernstein to withdraw as counsel for the State of Mississippi.

Dated: April 28, 2025

Respectfully submitted,

*s/ C'Zar D. Bernstein*
C'Zar D. Bernstein*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
czar@consovoymccarthy.com

* pro hac vice

*s/ Justin L. Matheny*
Justin L. Matheny
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street (39201)
Jackson, MS 39205
(601) 359-2003
Justin.matheny@ago.ms.gov

**CERTIFICATE OF SERVICE**

I e-filed this opposition with the Court, which will email everyone requiring service.

Dated: April 28, 2025                                                                 *s/ C'Zar D. Bernstein*