# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## NOTICE OF SUSPENSION OF IMPROVEMENT ACTIVITY

Defendants respectfully submit this Notice to inform the Court that on May 6, 2025, the Centers for Medicare & Medicaid Services (CMS) announced the suspension of eight Merit-based Incentive Payment System improvement activities for the 2025 performance year, including the improvement activity at issue in this action, IA_AHE_8, Create and Implement an Anti-Racism Plan. *See* Exhibit A.[1] The announcement stated that CMS "intend[s] to propose removing these improvement activities in future rulemaking." The announcement also informed clinicians that they should "select other improvement activities to complete" for the 2025 performance year, but stated that clinicians would be able to receive credit if they had already completed or were in the process of completing a suspended improvement activity before the suspension announcement was made. *Id.* Defendants intend to confer with Plaintiffs regarding next steps in this action.

---

[1] The announcement can also be accessed through the Quality Payment Program Resource Library, "Improvement Activities Suspension Announcement," (May 6, 2025), available at: https://qpp.cms.gov/resources/resource-library.

Dated: May 6, 2025                    Respectfully submitted,

                                                                                YAAKOV M. ROTH
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 616-8188
alexander.w.resar@usdoj.gov

*Counsel for Defendants*