

# Suspension of Eight Improvement Activities for the Merit-based Incentive Payment System (MIPS)

The Centers for Medicare & Medicaid Services (CMS) is suspending eight improvement activities for the 2025 performance year (PY) in accordance with the Merit-based Incentive Payment System (MIPS) Improvement Activities Suspension Policy finalized in the CY2021 Physician Fee Schedule (PFS) final rule (86 FR 65465). We intend to propose removing these improvement activities in future rulemaking.

**Table 1: MIPS Improvement Activities Suspended for PY 2025**

| Activity ID | Activity Name |
|---|---|
| IA_AHE_5 | MIPS Eligible Clinician Leadership in Clinical Trials or CBPR |
| IA_AHE_8 | Create and Implement an Anti-Racism Plan |
| IA_AHE_9 | Implement Food Insecurity and Nutrition Risk Identification and Treatment Protocols |
| IA_AHE_11 | Create and Implement a Plan to Improve Care for Lesbian, Gay, Bisexual, Transgender, and Queer Patients |
| IA_AHE_12 | Practice Improvements that Engage Community Resources to Address Drivers of Health |



1

| Activity ID | Activity Name |
|---|---|
| IA_PM_6 | Use of Toolsets or Other Resources to Close Health and Health Care Inequities Across Communities (Use of toolset or other resources to close healthcare disparities across communities) |
| IA_ERP_3 | COVID-19 Clinical Data Reporting with or without Clinical Trial |
| IA_PM_26 | Vaccine Achievement for Practice Staff: COVID-19, Influenza, and Hepatitis B |

Clinicians should select other improvement activities to complete. However, if any of the suspended improvement activities have already been completed or were in the process of being completed, clinicians will still be able to attest to completing them and receive credit. Please review the 2025 Improvement Activities Inventory for available improvement activities.

Visit the QPP website for more information.

**Please Note:** CMS is in the process of updating all related resources (i.e. guides, factsheets, webpages, etc.), including the Explore Measures and Activities tool, to indicate these improvement activities have been suspended for PY 2025.

2

