IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

**ORDER GRANTING JOINT MOTION FOR STAY PENDING RULEMAKING**

Upon consideration of the parties' joint motion for stay pending rulemaking, it is hereby:

**ORDERED** that the Motion is **GRANTED**.  The parties shall submit a joint status report by no later than September 2, 2025, to update the Court on further developments.

SO ORDERED this _____ day of _____, 2025.

_____
Chief U.S. District Judge Halil S. Ozerden