## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**STATE OF MISSISSIPPI,** *et al.*                                               **PLAINTIFFS**

**v.**                                                                 **Civil No. 1:22cv113-HSO-RPM**

**ROBERT F. KENNEDY, JR.,** *in his official*
*capacity as Secretary of Health and*
*Human Services, et al.*                                                     **DEFENDANTS**

### ORDER GRANTING THE PARTIES' JOINT MOTION [199] FOR STAY PENDING RULEMAKING AND ADMINISTRATIVELY CLOSING CASE

BEFORE THE COURT is the parties' Joint Motion [199] for Stay Pending

Rulemaking.  Upon consideration of the record, the Court finds that the Joint

Motion [199] is well taken and should be granted.

In light of the length of time that these proceedings may be stayed with no

activity, the Court is of the opinion that this case should be administratively closed

pending an update from the parties.  Nothing contained in this Order shall be

considered a dismissal or disposition of this matter, and the Court retains

jurisdiction over this case to permit either party to move to reopen the case and

reinstate it on the active docket for further proceedings.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the parties'

Joint Motion [199] for Stay Pending Rulemaking is **GRANTED**.  The parties shall

submit a joint status report by no later than September 2, 2025, to update the Court

on further developments.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this case is

**ADMINISTRATIVELY CLOSED** until further order of the Court.

**SO ORDERED AND ADJUDGED**, this the 29th day of May, 2025.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE