IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF MISSISSIPPI, ET AL.**                          **PLAINTIFFS**

**VS.**                        **CIVIL ACTION NO. 1:22cv113-HSO-RPM**

**ROBERT F. KENNEDY, JR., in his official**
**capacity as Secretary of Health and**
**Human Services, ET AL.**                          **DEFENDANTS**

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

Pursuant to Local Rule 83.1(b)(3), Joshua M. Divine, counsel for Plaintiff the State of Missouri previously admitted *pro hac vice*, respectfully moves to withdraw as an attorney of record in this matter. Mr. Divine is leaving the employment of the Office of the Missouri Attorney General. The State of Missouri will continue to be represented in this matter through local counsel, Justin L. Matheny of the Mississippi Attorney General's Office, and Samuel C. Freedlund of the Office of the Missouri Attorney General, admitted *pro hac vice*. Notice of this motion has been provided to the State of Missouri through the Office of the Missouri Attorney General.

FOR THESE REASONS, the undersigned respectfully request an Order permitting Joshua M. Divine to withdraw as counsel of record for Plaintiff State of Missouri.

THIS the 18th day of July, 2025.

Respectfully submitted,

*s/ Joshua M. Divine*
Joshua M. Divine*
   *Solicitor General*
Samuel C. Freedlund*
Office of the Missouri
Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
(314) 340-4869
josh.divine@ago.mo.gov
samuel.freedlund@ago.mo.gov
*admitted *pro hac vice*

*s/ Justin L. Matheny*
Justin L. Matheny (MS Bar No. 100754)
   *Deputy Solicitor General*
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff the State of Missouri*

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed via the Court's ECF system and thereby served on all counsel of record.

Dated: July 18, 2025

*s/ Justin L. Matheny*

2