# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to this Court's Order Granting the Parties' Joint Motion for Stay Pending Rulemaking and Administratively Closing Case, ECF No. 200, to update the Court regarding the ongoing rulemaking process.

1.  As anticipated in the parties' Joint Motion for Stay Pending Rulemaking, ECF No. 199 ("Joint Motion"), the Centers for Medicare & Medicaid Services (CMS) have proposed removing the improvement activity challenged in this action through a proposed rule published on July 16, 2025.  *See* "Medicare and Medicaid Programs; CY 2026 Payment Policies Under the Physician Fee Schedule and Other Changes to Part B Payment and Coverage Policies; Medicare Shared Savings Program Requirements; and Medicare Prescription Drug Inflation Rebate Program," 90 Fed. Reg. 32,352, 32,725, 33,175-76, 33,180 (July 16, 2025).

2.  The proposed rule specifically states that CMS is "proposing to remove . . . previously finalized improvement activities beginning with the CY 2026 performance period/2028 MIPS payment year," including IA_AHE_8, the improvement activity entitled "Create and Implement an Anti-Racism Plan."  90 Fed. Reg. at 33,175.

3. Accordingly, the Parties agree that the Stay this Court ordered on May 29, 2025 should remain in place pending completion of the rulemaking process.

4. To ensure the Court stays informed on the status of the rulemaking, the parties propose to submit a joint status report by December 5, 2025, to update the Court on further developments.

Dated: September 2, 2025

/s/ *Justin L. Matheny*
LYNN FITCH
  *Attorney General*
Scott G. Stewart (MS Bar No. 106359)
  *Solicitor General*
Justin L. Matheny (MS Bar No. 100754)
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
scott.stewart@ago.ms.gov
justin.matheny@ago.ms.gov

/s/ *Cameron T. Norris*
Cameron T. Norris
Zachary P. Grouev
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

/s/ *Edmund G. LaCour Jr.*
STEVE MARSHALL
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Ave.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

/s/ *Alexander W. Resar*
ALEXANDER W. RESAR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*

Montgomery, AL 36130
(334) 353-2196
Edmund.LaCour@AlabamaAG.gov

/s/ *Autumn Hamit Patterson*
TIM GRIFFIN
  *Attorney General*
Autumn Hamit Patterson
  *Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2700
autumn.patterson@arkansasag.gov

/s/ *Aaron J. Silletto*
RUSSELL COLEMAN
  *Attorney General*
Aaron J. Silletto
  *Assistant Attorney General*
KENTUCKY OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
(502) 696-5439
Aaron.Silletto@ky.gov

/s/ *Kelsey L. Smith*
ELIZABETH B. MURRILL
  *Attorney General*
Kelsey L. Smith
  *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 428-7432
smithkel@ag.louisiana.gov

/s/ *Samuel C. Freedlund*
ANDREW BAILEY
  *Attorney General*
Samuel C. Freedlund
OFFICE OF THE MISSOURI ATTORNEY GENERAL

815 Olive Street
Suite 200
St. Louis, MO 63101
(314) 340-4869
Samuel.Freedlund@ago.mo.gov

<u>/s/ *Christian Corrigan*</u>
AUSTIN KNUDSEN
  *Attorney General*
Christian Corrigan
  *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders Street
Helena, MT 59601
christian.corrigan@mt.gov

*Counsel for Plaintiffs*