IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00113-HSO-RPM |

## **JOINT STIPULATION OF DISMISSAL**

On May 5, 2022, Plaintiffs commenced this action to challenge CMS's rule implementing the Merit-Based Incentive Payment System (MIPS) under which CMS included the creation and implementation of an "Anti-Racism Plan" as a clinical practice improvement activity. *See* Medicare Program: CY 2022 Payment Policies Under the Physician Fee Schedule and Other Changes, 86 Fed. Reg. 64,996, 65,969 (Nov. 19, 2021). On May 6, 2025, CMS announced the suspension of eight MIPS improvement activities for the calendar year 2025 performance period, including the improvement activity at issue in this action, and stated its intent "to propose removing these improvement activities in future rulemaking." Doc. 198.

On November 5, 2025, CMS published the final rule removing the improvement activity challenged in this case. *See* 90 Fed. Reg. 49,266, 49,868, 50,365-66 (Nov. 5, 2025).

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: November 11, 2025 | Respectfully submitted, |
| /s/ *Justin L. Matheny* | BRETT A. SHUMATE |
| LYNN FITCH | Assistant Attorney General |
|   *Attorney General* | |
| Scott G. Stewart (MS Bar No. 106359) | MICHELLE BENNETT |
|   *Solicitor General* | Assistant Director, Federal Programs Branch |
| Justin L. Matheny (MS Bar No. 100754) | |
|   *Deputy Solicitor General* | /s/ *Alexander W. Resar* |
| MISSISSIPPI ATTORNEY | ALEXANDER W. RESAR |
| GENERAL'S OFFICE | Trial Attorney |
| P.O. Box 220 | United States Department of Justice |
| Jackson, MS 39205-0220 | Civil Division, Federal Programs Branch |
| (601) 359-3680 | P.O. Box 883 |
| scott.stewart@ago.ms.gov | Washington, DC 20044 |
| justin.matheny@ago.ms.gov | Phone: (202) 616-8188 |
| | Email: alexander.w.resar@usdoj.gov |
| /s/ *Cameron T. Norris* | |
| Cameron T. Norris | *Counsel for Defendants* |
| Zachary P. Grouev | |
| CONSOVOY MCCARTHY PLLC | |
| 1600 Wilson Blvd., Ste. 700 | |
| Arlington, VA 22209 | |
| (703) 243-9423 | |
| cam@consovoymccarthy.com | |
| | |
| /s/ *Barrett Bowdre* | |
| STEVE MARSHALL | |
|   *Attorney General* | |
| Barrett Bowdre | |
|   *Solicitor General* | |
| OFFICE OF THE ALABAMA | |
| ATTORNEY GENERAL | |
| 501 Washington Ave. | |
| Montgomery, AL 36130 | |
| (334) 353-2196 | |
| Barrett.Bowdre@AlabamaAG.gov | |
| | |
| /s/*Autumn Hamit Patterson* | |
| TIM GRIFFIN | |
|   *Attorney General* | |
| Autumn Hamit Patterson | |
|   *Solicitor General* | |
| OFFICE OF THE ARKANSAS ATTORNEY | |
| GENERAL | |
| 323 Center Street, Suite 200 | |

Little Rock, AR 72201
(501) 682-2700
autumn.patterson@arkansasag.gov

/s/ *Aaron J. Silletto*
RUSSELL COLEMAN
  *Attorney General*
Aaron J. Silletto
  *Assistant Attorney General*
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
(502) 696-5439
Aaron.Silletto@ky.gov

/s/ *Kelsey L. Smith*
ELIZABETH B. MURRILL
  *Attorney General*
Kelsey L. Smith
  *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 428-7432
smithkel@ag.louisiana.gov

/s/ *Samuel C. Freedlund*
ANDREW BAILEY
  *Attorney General*
Samuel C. Freedlund
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
815 Olive Street
Suite 200
St. Louis, MO 63101
(314) 340-4869
Samuel.Freedlund@ago.mo.gov

/s/ *Christian Corrigan*
AUSTIN KNUDSEN
  *Attorney General*
Christian Corrigan
  *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE

215 North Sanders Street
Helena, MT 59601
christian.corrigan@mt.gov

*Counsel for Plaintiffs*